UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Spiritual Trees d/b/a Tree Spirit and
David V. Dunn,           Plaintiff(s),

v.                                    CIVIL ACTION NO. 04-30102-KPN

Lamson and Goodnow Manufacturing Company
and J. Ross Anderson, Jr.,
                         Defendant(s),

## NOTIFICATION

This case has been assigned to Magistrate Judge Kenneth P. Neiman for all purposes. This form must be executed and returned to the Clerk of Court, Springfield, Mass. within twenty (20) days of receipt. Please read the reverse side for further information.

### CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE

In accordance with 28 U.S.C. § 636(c) and Rule 73(b) of the Federal Rules of Civil Procedure, the undersigned counsel of record consents to have Magistrate Judge Kenneth P. Neiman conduct all further proceedings in this case, including bench or jury trial, and order the entry of final judgment, with direct review by the First Circuit Court of Appeals if an appeal is filed.

Signed and dated this __15th__ day of __June__, XX 2004.

_Patricia Rapinchuk (SJS)_
Attorney for Spiritual Trees d/b/a Tree Spirit
and David V. Dunn

_Condon J Staub_
Attorney for Lamson and Goodnow Manufacturing
Company and J. Ross Anderson, Jr.

MAGISTRATE JUDGES DO NOT CONDUCT TRIALS IN FELONY CASES. ACCORDINGLY, MAJOR CRIMINAL CASES WILL NOT INTERFERE WITH SCHEDULING AND TRIALS BEFORE MAGISTRATE JUDGES. IN ALL LIKELIHOOD, THEREFORE, A CONSENT WILL MEAN THAT THIS CIVIL CASE WILL BE RESOLVED SOONER AND MORE INEXPENSIVELY.

### REFUSAL TO CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE

In the event you are unwilling to consent, sign below.

Signed and dated this _____ day of _____, 19 __.

_____
Attorney for

_____
Attorney for