# United States District Court

WESTERN DIVISION ——————— DISTRICT OF ——— MASSACHUSETTS ———

SPIRITUAL TREES d/b/a TREE SPIRIT
and DAVID V. DUNN,
                Plaintiffs
      V.
LAMSON AND GOODNOW MANUFACTURING
COMPANY and J. ROSS ANDERSON, JR.,
            Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:    04-30102-KPN

TO: (Name and Address of Defendant)  J. Ross Anderson, Jr.
      782 Colrain Road
      Greenfield, MA 01301

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)  Patricia M. Rapinchuk, Esq.
      Robinson Donovan, P.C.
      1500 Main Street - Suite 1600
      Springfield, MA 01115

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS                                 June 15, 2004
CLERK                                              DATE

/s/ Mary Finn
BY DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
            Date                  Signature of Server

_____
Address of Server

FRANKLIN, ss         PROOF OF SERVICE         JUNE 17, 04

On June 17, 2004, at 5:45 p.m., I served a copy of the within Summons and Complaint upon within-named J. ROSS ANDERSON Jr., by delivering IN HAND at 782 Colrain Rd., Greenfield, MA., the residence and last and usual abode, together with Civil Action Cover Sheet, Demand for Jury Trial and Exhibit A.

DATE: June 17, 2004                Gordon E Ainsworth, Deputy Sheriff

SHERIFF'S FEE:       $31.58

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

044359

# United States District Court

WESTERN DIVISION _____ DISTRICT OF __MASSACHUSETTS__

SPIRITUAL TREES d/b/a TREE SPIRIT
and DAVID V. DUNN,
                    Plaintiffs
            V.
LAMSON AND GOODNOW MANUFACTURING
COMPANY and J. ROSS ANDERSON, JR.,
                    Defendants

SUMMONS IN A CIVIL ACTION

CASE NUMBER:    04-30102-KPN

TO: (Name and Address of Defendant)

Lamson and Goodnow Manufacturing Company
45 Conway Street
Shelburne Falls, MA 01370

Attn:  Treasurer

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Patricia M. Rapinchuk, Esq.
Robinson Donovan, P.C.
1500 Main Street - Suite 1600
Springfield, MA 01115

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS                                             June 15, 2004
CLERK                                                    DATE

_Mary Finn_
BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
    Date        Signature of Server

        Address of Server

FRANKLIN, ss          PROOF OF SERVICE          JUNE 17, 2004

On June 17, 2004, at 4:19 p.m., I served a copy of the within Summons and Complaint, together with Civil Action Cover Sheet, Demand jor Jury Trial and Exhibit A; upon LAMSON and GOODNOW MANUFACTURING COMPANY by delivering IN HAND to BRIAN HAYES, Agent in Charge, at 45 Conway St., Buckland, MA.

DATE: June 17, 2004
                    Gordon E Ainsworth, Deputy Sheriff

        SHERIFF'S FEE:    $39.10

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.