UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-30102-KPN

| | |
|---|---|
| SPIRITUAL TREES d/b/a TREE SPIRIT and DAVID V. DUNN,<br>    Plaintiffs | )<br>)<br>)<br>) |
| vs. | )<br>) |
| LAMSON AND GOODNOW MANUFACTURING COMPANY and J. ROSS ANDERSON, JR.,<br>    Defendants | )<br>)<br>)<br>) |

**PLAINTIFF'S RULE 7.1(a) DISCLOSURE STATEMENT**

I, Patricia M. Rapinchuk, attorney for the Plaintiff, Spiritual Trees d/b/a Tree Spirit, state that there is no parent corporation or publicly-held corporation that owns ten (10%) percent or more of stock in Spiritual Trees d/b/a Tree Spirit.

Signed this 22nd day of June, 2004.

By    /s/  Patricia M. Rapinchuk
Patricia M. Rapinchuk, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.: 556149

CERTIFICATE OF SERVICE

I, Patricia M. Rapinchuk, Esq., hereby certify that on this 22nd day of June, 2004, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel, Sandra J. Staub, Bulkley, Richardson and Gelinas, LLP, 1500 Main Street, Suite 2700, Springfield, MA 01115.

Subscribed under the penalties of perjury.

/s/  Patricia M. Rapinchuk
Patricia M. Rapinchuk, Esq.

366374