UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 3:04-CV-30102

| | |
|---|---|
| SPIRITUAL TREES d/b/a TREE SPIRIT and DAVID V. DUNN<br>  Plaintiffs,<br><br>v.<br><br>LAMSON AND GOODNOW MANUFACTURING COMPANY and J. ROSS ANDERSON, JR.<br>  Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ASSENTED-TO MOTION
FOR ENLARGEMENT OF TIME**

Defendants Lamson and Goodnow Manufacturing Company and J. Ross Anderson, Jr. ("Defendants") move, pursuant to Federal Rule of Civil Procedure 6(b), to enlarge the time for Defendants to respond to Plaintiffs' complaint, from July 7, 2004, to July 23, 2004. Counsel for Defendants has consulted with Plaintiffs' counsel, who has assented to this motion.

Dated:  July 6, 2004

ASSENTED:

_Patricia M. Rapinchuk/vls_
Patricia M. Rapinchuk
Robinson Donovan, P.C.
1500 Main Street, Suite1600
P.O. Box 15609
Springfield, MA 01115

LAMSON AND GOODNOW
MANUFACTURING COMPANY
AND J. ROSS ANDERSON, JR.
By Their Attorneys,

_Vanessa F. Smith_
Sandra J. Staub
  BBO No. 555544
Vanessa L. Smith
  BBO No. 649258
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115
Tel: (413) 781-2820
Fax: (413) 272-6804

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of July, 2004, I caused a true and correct copy of the foregoing **Assented-To Motion for Enlargement of Time** to be served by United States mail, first class postage prepaid, upon the counsel of record for each other party by first class mail.

_Vanessa F. Smith_
Vanessa L. Smith, Attorney for Defendants