UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SPIRITUAL TREES d/b/a TREE SPIRIT )   Civil Action No. 3:04-CV-30102
and DAVID V. DUNN )
      Plaintiffs, )
)
v. )
)
LAMSON AND GOODNOW )
MANUFACTURING COMPANY and )
J. ROSS ANDERSON, JR. )
      Defendants )

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for defendants Lamson and Goodnow Manufacturing Company and J. Ross Anderson, Jr. in the captioned action.

_____
Vanessa L. Smith
BBO No. 649258
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115
Tel: (413) 781-2820
Fax: (413) 272-6804

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July, 2004, I caused a true and correct copy of the foregoing Notice of Appearance to be served by United States mail, first class postage prepaid, upon the counsel of record for each other party by first class mail.

_____
Vanessa L. Smith
Attorney for Defendants