UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 3:04-CV-30102-KPN

SPIRITUAL TREES d/b/a TREE SPIRIT )
and DAVID V. DUNN )
       Plaintiffs, )
)
v. )
)
LAMSON AND GOODNOW )
MANUFACTURING COMPANY and )
J. ROSS ANDERSON, JR. )
       Defendants )

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, the defendant Lamson and Goodnow Manufacturing Company ("Lamson and Goodnow") hereby states that it is a Massachusetts corporation, that it has no parent corporation, and that no publicly held corporation owns ten percent (10%) or more of Lamson and Goodnow's stock.

Dated: July 6, 2004

LAMSON AND GOODNOW
MANUFACTURING COMPANY
AND J. ROSS ANDERSON, JR.
By Their Attorneys,

*/s/ Vanessa L. Smith*

Sandra J. Staub
 BBO No. 555544
Vanessa L. Smith
 BBO No. 649258
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115
Tel: (413) 781-2820
Fax: (413) 272-6804

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of July, 2004, I caused a true and correct copy of the foregoing Corporate Disclosure Statement to be served by United States mail, first class postage prepaid, upon the counsel of record for each other party by first class mail.

*/s/ Vanessa L. Smith*
Vanessa L. Smith
Attorney for Defendants