UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 3:04-CV-30102

| | |
|---|---|
| SPIRITUAL TREES d/b/a TREE SPIRIT<br>and DAVID V. DUNN<br>　　　　　　　Plaintiffs,<br><br>v.<br><br>LAMSON AND GOODNOW<br>MANUFACTURING COMPANY and<br>J. ROSS ANDERSON, JR.<br>　　　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my appearance as attorney for the defendants, Lamson and Goodnow Manufacturing Company and J. Ross Anderson, Jr.

Dated:  August 11, 2004

/s/ Sandra J. Staub
Sandra J. Staub
BBO No. 555544
Bulkley, Richardson and Gelinas, LLP
1500 Main Street - Suite 2700
Springfield, MA 01115-5507
Tel:  (413) 781-2820
Fax:  (413) 272-6804