STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 3:04-CV-30102-KPN

| | | |
|---|---|---|
| SPIRITUAL TREES d/b/a TREE SPIRIT<br>and DAVID V. DUNN<br>        Plaintiffs | )<br>)<br>)<br>) | |
| v. | )<br>) | JOINT STATEMENT FOR<br>INITIAL SCHEDULING |
| LAMSON AND GOODNOW<br>MANUFACTURING COMPANY and<br>J. ROSS ANDERSON, JR.<br>        Defendants | )<br>)<br>)<br>)<br>) | CONFERENCE |

Pursuant to the Notice of Scheduling Conference dated July 30, 2004, and in accordance with Federal Rule of Civil Procedure 16(b) and Local Rule 16.1, counsel for the plaintiffs Spiritual Trees d/b/a Tree Spirit and David V. Dunn and counsel for the defendants Lamson and Goodnow Manufacturing Company and J. Ross Anderson, Jr., have conferred and submit the following:

A.    PROPOSED AGENDA OF MATTERS TO BE DISCUSSED AT SCHEDULING CONFERENCE

    1) Establishment of a pretrial schedule, including discovery and deadlines for filing of motions;

    2) Settlement proposals and responses thereto.

B.    PROPOSED PRETRIAL SCHEDULE

The parties have reached an agreement on the timing of discovery in this case, as follows:

| EVENT | DATE |
|---|---|
| 1) Parties to serve automatic discovery disclosures pursuant to L.R. 26.2(A) | October 13, 2004 |
| 2) Parties to file motions to amend pleadings or to join additional parties | October 13, 2004 |
| 3) Parties to complete non-expert discovery, including depositions | May 2, 2005 |
| 4) Plaintiffs to identify trial experts and to disclose information regarding such experts pursuant to Fed. R. Civ. P. 26(a)(2) | June 2, 2005 |
| 5) Defendants to complete depositions of plaintiffs' trial experts | July 1, 2005 |
| 6) Defendants to identify trial experts and to disclose information regarding such experts pursuant to Fed. R. Civ. P. 26(a)(2) | August 1, 2005 |
| 7) Plaintiffs to complete depositions of defendants' trial experts | September 1, 2005 |
| 8) Parties to file summary judgment motions | September 30, 2005 |
| 9) Parties to file oppositions to summary judgment motions | October 31, 2005 |
| 10) Parties to file reply to summary judgment motions | November 14, 2005 |
| 11) Additional scheduling and status conferences | As needed |

C.    SETTLEMENT PROPOSALS

Plaintiffs have submitted a settlement proposal to counsel for defendants, and defendants have responded.

2

D.    <u>CERTIFICATION OF CONFERENCE REGARDING BUDGET AND ALTERNATIVE DISPUTE RESOLUTION</u>

The parties intend to submit their Local Rule 16.1(D)(3) certifications to the Court for filing at the initial Scheduling Conference on September 13, 2004.


Dated: September 7, 2004

| The Plaintiffs | The Defendants |
|---|---|
| SPIRITUAL TREES d/b/a<br>TREE SPIRIT and<br>DAVID V. DUNN<br>By Their Attorneys, | LAMSON AND GOODNOW<br>MANUFACTURING COMPANY and<br>J. ROSS ANDERSON, JR.,<br>By Their Attorneys, |
| /s/Patricia M. Rapinchuk<br>Patricia M. Rapinchuk<br>  BBO No. 556149<br>Robinson & Donovan, P.C.<br>1500 Main Street, Suite 1600<br>P.O. Box 15609<br>Springfield, MA 01115<br>Tel: (413) 732-2301<br>Fax: (413) 785-4658 | /s/Vanessa L. Smith<br>Vanessa L. Smith<br>  BBO No. 649258<br>Bulkley, Richardson and Gelinas, LLP<br>1500 Main Street, Suite 2700<br>Springfield, MA 01115<br>Tel: (413) 781-2820<br>Fax: (413) 272-6804 |