UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-30102-KPN

| | |
|---|---|
| SPIRITUAL TREES d/b/a TREE SPIRIT and DAVID V. DUNN,<br>        Plaintiffs | )<br>)<br>)<br>) |
| vs. | )<br>) |
| LAMSON AND GOODNOW MANUFACTURING COMPANY and J. ROSS ANDERSON, JR.,<br>        Defendants | )<br>)<br>)<br>) |

**PLAINTIFFS' BUDGET 16.1 CERTIFICATION**

   We, the undersigned, hereby certify and affirm that we have conferred regarding a budget for the cost of conducting the full course of litigation as well as various alternative courses, including the resolution of litigation through the use of alternative dispute resolution.


By: __/s/ David v. Dunn_____
David V. Dunn
95 Chestnut Hill
Brattleboro, VT 05301


By: __/s/ David V. Dunn_____
David V. Dunn
Authorized Representative of
Spiritual Trees d/b/a Tree Spirit
95 Chestnut Hill
Brattleboro, VT 05301

By: __/s/ Patricia M. Rapinchuk_____
Patricia M. Rapinchuk, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115
Phone  (413) 732-2301
Fax  (413) 785-4658
BBO # 556149


DATED: September 13, 2004


376382