UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 3:04-CV-30102-KPN

SPIRITUAL TREES d/b/a TREE SPIRIT )
and DAVID V. DUNN )
      Plaintiffs )
 )
v. )
 ) LOCAL RULE 16.1(D)(3)
 ) CERTIFICATION
LAMSON AND GOODNOW )
MANUFACTURING COMPANY and )
J. ROSS ANDERSON, JR. )
      Defendants )

Defendants, Lamson and Goodnow Manufacturing Company and J. Ross Anderson, Jr., and their counsel affirm that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: September 2, 2004

The Defendants,
LAMSON AND GOODNOW
MANUFACTURING COMPANY
AND J. ROSS ANDERSON, JR.
By Their Attorneys:

_____
Vanessa L. Smith
BBO No. 649258
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115
Tel: (413) 272-6213
Fax: (413) 747-0770

By: _____
J. Ross Anderson, Jr., Chairman and
Chief Executive Officer
Lamson and Goodnow
Manufacturing Company

Certificate of Service

I, Vanessa L. Smith, attorney for the defendants, Lamson and Goodnow Manufacturing Company and J. Ross Anderson, Jr., in this above matter, hereby certify that a true copy of the above document was served upon the attorney of record for each party by hand delivery on September 13, 2004.

_____
Vanessa L. Smith

276684