UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPIRITUAL TREES d/b/a TREE SPIRIT and DAVID V. DUNN,<br>          Plaintiffs<br><br>          v.<br><br>LAMSON AND GOODNOW MANUFACTURING COMPANY and J. ROSS ANDERSON, JR.,<br>          Defendants | )<br>)<br>)<br>)<br>) Civil Action No. 04-30102-KPN<br>)<br>)<br>)<br>)<br>)<br>) |

SCHEDULING ORDER
September 13, 2004

NEIMAN, U.S.M.J.

    The following schedule was established at the initial scheduling conference held this day:

    1.    The parties shall complete their automatic disclosures by October 13, 2004.

    2.    All non-expert discovery, including depositions, shall be completed by May 2, 2005.

    3.    Counsel shall appear for a case management conference on May 5, 2005, at 10:00 a.m. in Courtroom Three.

    4.    Plaintiffs shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by June 2, 2005. Depositions of the Plaintiffs' experts shall be completed by July 1, 2005.

5. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by August 1, 2005, and depositions of those experts shall be completed by September 1, 2005.

IT IS SO ORDERED.

DATED: September 13, 2004

                                          /s/ Kenneth P. Neiman
                                          KENNETH P. NEIMAN
                                          U.S. Magistrate Judge