AO 440 (Rev. 5/85) Summons in a Civil Action

044359

# United States District Court

WESTERN DIVISION _____ DISTRICT OF __MASSACHUSETTS__

SPIRITUAL TREES d/b/a TREE SPIRIT
and DAVID V. DUNN,
            Plaintiffs
    V.

LAMSON AND GOODNOW MANUFACTURING
COMPANY and J. ROSS ANDERSON, JR.,
            Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   04-30102-KPN

TO: (Name and Address of Defendant)

    Lamson and Goodnow Manufacturing Company
    45 Conway Street
    Shelburne Falls, MA 01370

    Attn: Treasurer

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Patricia M. Rapinchuk, Esq.
    Robinson Donovan, P.C.
    1500 Main Street - Suite 1600
    Springfield, MA 01115

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

_Mary Finn_
BY DEPUTY CLERK

_June 15, 2004_
DATE

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              *Date*                  *Signature of Server*

                                     _____
                                     *Address of Server*

FRANKLIN, ss                PROOF OF SERVICE           JUNE 17, 2004

On June 17, 2004, at 4:19 p.m., I served a copy of the within Summons and Complaint, together with Civil Action Cover Sheet, Demand jor Jury Trial and Exhibit A; upon LAMSON and GOODNOW MANUFACTURING COMPANY by delivering IN HAND to BRIAN HAYES, Agent in Charge, at 45 Conway St., Buckland, MA.

DATE: June 17, 2004                  Gordon E Ainsworth, Deputy Sheriff

            SHERIFF'S FEE:  $39.10

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

WESTERN DIVISION           DISTRICT OF  MASSACHUSETTS

SPIRITUAL TREES d/b/a TREE SPIRIT
and DAVID V. DUNN,
                        Plaintiffs
    V.
LAMSON AND GOODNOW MANUFACTURING
COMPANY and J. ROSS ANDERSON, JR.,
                        Defendants

SUMMONS IN A CIVIL ACTION

CASE NUMBER:    04-30102-KPN

TO: (Name and Address of Defendant)  J. Ross Anderson, Jr.
                                     782 Colrain Road
                                     Greenfield, MA 01301

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)   Patricia M. Rapinchuk, Esq.
                                          Robinson Donovan, P.C.
                                          1500 Main Street - Suite 1600
                                          Springfield, MA 01115

an answer to the complaint which is herewith served upon you, within _20_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
_____
CLERK

_Mary Finn_
_____
BY DEPUTY CLERK

June 15, 2004
_____
DATE

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
             Date                Signature of Server

_____
Address of Server

FRANKLIN, ss            PROOF OF SERVICE            JUNE 17, 04

On June 17, 2004, at 5:45 p.m., I served a copy of the within Summons and Complaint upon within-named J. ROSS ANDERSON Jr., by delivering IN HAND at 782 Colrain Rd., Greenfield, MA., the residence and last and usual abode, together with Civil Action Cover Sheet, Demand for Jury Trial and Exhibit A.

DATE: June 17, 2004                    Gordon E Ainsworth, Deputy Sheriff

SHERIFF'S FEE:    $31.58

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.