UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-30102-KPN

| | |
|---|---|
| SPIRITUAL TREES d/b/a TREE SPIRIT and DAVID V. DUNN, <br> Plaintiffs <br><br> vs. <br><br> LAMSON AND GOODNOW MANUFACTURING COMPANY and J. ROSS ANDERSON, JR., <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF DAVID V. DUNN

I, David V. Dunn, first being duly sworn, do hereby depose and say:

1. On March 29, 2004, I was terminated from my employment with Lamson and Goodnow Manufacturing Company ("L&G").

2. The circumstances of and reasons for my termination are in dispute between L&G and myself.

3. I sought legal counsel regarding my termination and what I believe to be money owed to me under a sale agreement between L&G and my company, Spiritual Trees, Inc., as well as advice regarding other possible claims arising from the termination.

4. Attorney Patricia Rapinchuk and I met to discuss the issues I have mentioned above.

5. After consultation with Attorney Rapinchuk, I requested that she represent me in this matter.

6. Attorney Rapinchuk agreed to represent me and began negotiation with counsel for L&G in an attempt to settle this matter without litigation.

7. These settlement attempts failed.

8. On advice of counsel and because settlement was unsuccessful, I authorized Attorney Rapinchuk to initiate the instant action based on the facts as articulated in my complaint attached hereto as Exhibit 1.

382867

2

Signed under the pains and penalties of perjury this __15__ day of __November__, 2004.

_____
David V. Dunn

382867