UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO.: 04-30102-KPN

SPIRITUAL TREES d/b/a TREE SPIRIT          )
and DAVID V. DUNN                           )
    Plaintiffs                             )
                                              )
vs.                                         )
                                              )
LAMSON AND GOODNOW                          )
MANUFACTURING COMPANY and                   )
J. ROSS ANDERSON, JR.                       )
    Defendants                             )

### PLAINTIFFS'/DEFENDANTS-IN-COUNTERCLAIM VOLUNTARY WITHDRAWAL OF THEIR MOTION FOR LEAVE OF THIS COURT TO FILE A SPECIAL MOTION TO DISMISS AS WELL AS THEIR SPECIAL MOTION TO DISMISS

       NOW COME the Plaintiffs/Defendants-in-Counterclaim and voluntarily withdraw their

Motion for Leave to File Late as well as their Special Motion to Dismiss both of which were

electronically filed on November 23, 2004.

THE PLAINTIFFS'/
DEFENDANTS-IN-COUNTERCLAIM
SPIRITUAL TREES d/b/a TREE SPIRIT
and DAVID V. DUNN


By_____*/s/ Patricia M. Rapinchuk*_____
Patricia M. Rapinchuk, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.:  556149