UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SPIRITUAL TREES d/b/a TREE SPIRIT )<br>and DAVID V. DUNN )<br>      Plaintiffs )<br>)<br>v. )<br>)<br>LAMSON AND GOODNOW )<br>MANUFACTURING COMPANY and )<br>J. ROSS ANDERSON, JR. )<br>      Defendants ) | Civil Action No. 3:04-CV-30102-KPN<br><br>JOINT MOTION FOR ENTRY<br>OF PROTECTIVE ORDER |

The parties to this action hereby jointly move the Court, pursuant to Federal Rule of Civil Procedure 26(c), for the entry of a protective order in the form attached hereto as Exhibit A.

This motion is based on the need to protect and preserve to the extent possible the confidentiality of certain documents and information while affording the parties an opportunity to obtain and review such documents through discovery for appropriate use in this litigation.

Accordingly, the parties request that this motion be allowed and that a protective order enter in the form proposed.

Dated: February 3, 2005

Respectfully submitted:

| The Plaintiffs | The Defendants |
|---|---|
| SPIRITUAL TREES d/b/a TREE SPIRIT<br>and DAVID V. DUNN<br>By their Attorneys, | LAMSON AND GOODNOW<br>MANUFACTURING COMPANY and<br>J. ROSS ANDERSON, JR.<br>By their Attorneys, |
| /s/ Patricia M. Rapinchuk<br>Patricia M. Rapinchuk<br>BBO No. 556149<br>Robinson & Donovan, P.C.<br>1500 Main Street, Suite 1600<br>Springfield, MA 01115<br>Tel: (413) 732-2301<br>Fax: (413) 785-4658 | /s/ Kevin C. Maynard<br>Kevin C. Maynard<br>BBO No. 550669<br>Bulkley, Richardson and Gelinas, LLP<br>1500 Main Street, Suite 2700<br>Springfield, MA 01115-5507<br>Tel.: (413) 781-2820<br>Fax: (413) 747-0770 |

289350