UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPIRITUAL TREES d/b/a TREE SPIRIT and DAVID V. DUNN,<br>            Plaintiffs<br><br>    v.<br><br>LAMSON AND GOODNOW MANUFACTURING COMPANY and J. ROSS ANDERSON, JR.,<br>            Defendants | )<br>)<br>)<br>)<br>)   Civil Action No. 04-30102-KPN<br>)<br>)<br>)<br>)<br>)<br>) |

REVISED SCHEDULING ORDER
May 5, 2005

NEIMAN, U.S.M.J.

The following revised schedule was established at the case management conference this day:

1. All non-expert discovery, including depositions, shall be completed by July 29, 2005.

2. Plaintiffs shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by September 2, 2005. Depositions of the Plaintiffs' experts shall be completed by September 30, 2005.

3. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by October 18, 2005, and depositions of those experts shall be completed by December 2, 2005.

4. Trial shall commence on January 23, 2006. Counsel shall appear for a final pretrial conference on January 9, 2006 at 3:00 p.m. in Courtroom Three. Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered this date.

THERE SHALL BE NO FURTHER EXTENSIONS.

IT IS SO ORDERED.

DATED: May 5, 2005

    /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge