UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30102-KPN

| | |
|---|---|
| SPIRITUAL TREES d/b/a TREE SPIRIT ) <br> and DAVID V. DUNN ) <br>       Plaintiffs ) <br> ) <br> v. ) <br> ) <br> LAMSON AND GOODNOW ) <br> MANUFACTURING COMPANY and ) <br> J. ROSS ANDERSON, JR. ) <br>       Defendants ) | AFFIDAVIT OF KEVIN C. <br> MAYNARD IN SUPPORT OF <br> DEFENDANTS' MOTION TO <br> COMPEL PRODUCTION OF <br> ELECTRONIC VERSION OF <br> E-MAIL DOCUMENTS |

I, Kevin C. Maynard, being first duly sworn, deposes and states:

1. I am an attorney and partner in the law firm of Bulkley Richardson and Gelinas, LLP, 1500 Main Street, Springfield, Massachusetts, attorneys for defendants in the captioned matter.

2. Attached as Exhibit A hereto is a true and correct copy of Defendants' Request for Production of Documents, dated November 4, 2004, ("Defendants' Document Request").

3. Attached as Exhibit B hereto are true and correct copies of three documents produced by plaintiffs in response to Request No. 1 of Defendants' Document Request, which appear to be three difference printouts of an apparent e-mail from David Dunn to Ross Anderson dated April 17, 2002.

4. Attached as Exhibit C hereto are true and correct copies of two documents also produced by plaintiffs in response to Request No. 1 of Defendants' Document Request, which appear to be invoices dated April 16, 2000 and May 9, 2000.

5. Attached as Exhibit D hereto are true and correct copies of two documents produced by plaintiffs on August 29, 2005 in supplemental response to Request No. 1 of

Defendants' Document Request, which appear to be copies of the same invoices attached as Exhibit C but with handwritten notations of "Voucher ID" numbers.

6. Attached as Exhibit E hereto are true and correct copies of pages 1, 27 through 35 and an errata sheet signature/page, and Exhibits 38 and 39, from the transcript of the deposition of plaintiff David Dunn taken on October 31, 2005. I received the transcript on November 16, 2005.

7. Attached as Exhibit F hereto are true and correct copies of correspondence, without enclosures, between me and plaintiffs' counsel, Patricia Rapinchuk, Esquire, dated November 2, November 9, and December 1, 2005, which relate among other things, to a request to examine the electronic version of the apparent e-mail attached hereto as Exhibit B.

8. I advised Ms. Rapinchuk by telephone on or about December 8, 2005 that defendants wished to pursue its request to review that electronic version. On or about December 12, 2005, Ms. Rapinchuk advised me by telephone that plaintiffs would not accede to that request.

Signed under the penalties of perjury this 15th day of December 2005.

/s/ Kevin C. Maynard
Kevin C. Maynard

Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic filing and mail on December 15, 2005.

/s/ Kevin C. Maynard
Kevin C. Maynard

#315795                                        2