# EXHIBIT C

**dbo_PAYABLE_CURR : Table**

| ROWID | VOUCHER_ID | CURRENCY_ID | AMOUNT | SELL_RATE | BUY_RATE |
|---|---|---|---|---|---|
| 3845 | 03855 | US$ | 1029.05 | 1 | 1 |
| 3846 | 03856 | US$ | 81.07 | 1 | 1 |
| 3847 | 03857 | US$ | 1732.5 | 1 | 1 |
| 3848 | 03858 | US$ | 564.9 | 1 | 1 |
| 3849 | 03859 | US$ | 31.5 | 1 | 1 |
| 3850 | 03860 | US$ | 42.64 | 1 | 1 |
| 3851 | 03861 | US$ | 36.48 | 1 | 1 |
| 3852 | 03862 | US$ | 36.98 | 1 | 1 |
| 3853 | 03863 | US$ | 7286.5 | 1 | 1 |
| 3854 | 03864 | US$ | 42.08 | 1 | 1 |
| 3855 | 03865 | US$ | 40.8 | 1 | 1 |
| 3856 | 03866 | US$ | 380 | 1 | 1 |
| 3857 | 03867 | US$ | 10 | 1 | 1 |
| 3858 | 03868 | US$ | 3797.21 | 1 | 1 |
| 3859 | 03869 | US$ | 91.84 | 1 | 1 |
| 3860 | 03870 | US$ | 35 | 1 | 1 |
| 3861 | 03871 | US$ | 213.25 | 1 | 1 |
| 3862 | 03872 | US$ | 12.18 | 1 | 1 |
| 3863 | 03873 | US$ | 1788 | 1 | 1 |
| 3864 | 03874 | US$ | 46.29 | 1 | 1 |
| 3865 | 03875 | US$ | 2009.06 | 1 | 1 |
| 3866 | 03876 | US$ | 140 | 1 | 1 |

**dbo_PAYB_LINE_CURR : Table**

| ROWID | VOUCHER_ID | LINE_NO | CURRENCY_ID | AMOUNT | SELL_RATE | BUY_RATE |
|---|---|---|---|---|---|---|
| 4447 | 03862 | 1 | US$ | 36.98 | 1 | 1 |
| 4448 | 03863 | 1 | US$ | 7286.5 | 1 | 1 |
| 4449 | 03864 | 1 | US$ | 42.08 | 1 | 1 |
| 4450 | 03865 | 1 | US$ | 40.8 | 1 | 1 |
| 4451 | 03866 | 1 | US$ | 380 | 1 | 1 |
| 4452 | 03867 | 1 | US$ | 10 | 1 | 1 |
| 4453 | 03868 | 1 | US$ | 3797.21 | 1 | 1 |
| 4454 | 03869 | 1 | US$ | 91.84 | 1 | 1 |
| 4455 | 03870 | 1 | US$ | 35 | 1 | 1 |
| 4456 | 03871 | 1 | US$ | 213.25 | 1 | 1 |
| 4457 | 03872 | 1 | US$ | 12.18 | 1 | 1 |
| 4458 | 03873 | 1 | US$ | 1788 | 1 | 1 |
| 4459 | 03874 | 1 | US$ | 46.29 | 1 | 1 |
| 4460 | 03875 | 1 | US$ | 2009.06 | 1 | 1 |
| 4461 | 03876 | 1 | US$ | 140 | 1 | 1 |
| 4462 | 03877 | 1 | US$ | 140 | 1 | 1 |
| 4463 | 03878 | 1 | US$ | 140 | 1 | 1 |
| 4464 | 03879 | 1 | US$ | 99.53 | 1 | 1 |
| 4465 | 03879 | 2 | US$ | 875.62 | 1 | 1 |
| 4466 | 03879 | 3 | US$ | 384.01 | 1 | 1 |
| 4467 | 03879 | 4 | US$ | 199.59 | 1 | 1 |
| 4468 | 03880 | 1 | US$ | 95.11 | 1 | 1 |
| 4469 | 03881 | 1 | US$ | 60 | 1 | 1 |
| 4470 | 03882 | 1 | US$ | 102.8 | 1 | 1 |
| 4471 | 03883 | 1 | US$ | 124.16 | 1 | 1 |
| 4472 | 03884 | 1 | US$ | 168.09 | 1 | 1 |

# EXHIBIT D

**dbo_PAYABLE_CURR : Table**

| ROWID | VOUCHER_ID | CURRENCY_ID | AMOUNT | SELL_RATE | BUY_RATE |
|---|---|---|---|---|---|
| 4120 | 04157 | US$ | 11.44 | 1 | 1 |
| 4121 | 04158 | US$ | 516.7 | 1 | 1 |
| 4122 | 04159 | US$ | 45.44 | 1 | 1 |
| 4123 | 04160 | US$ | 36.98 | 1 | 1 |
| 4124 | 04161 | US$ | 1191.44 | 1 | 1 |
| 4125 | 04162 | US$ | 87.37 | 1 | 1 |
| 4126 | 04163 | US$ | 1092.48 | 1 | 1 |
| 4127 | 04164 | US$ | 200 | 1 | 1 |
| 4128 | 04165 | US$ | 26.88 | 1 | 1 |
| 4129 | 04166 | US$ | 327.29 | 1 | 1 |
| 4130 | 04167 | US$ | 206.06 | 1 | 1 |
| 4131 | 04168 | US$ | 340.55 | 1 | 1 |
| 4132 | 04169 | US$ | 287.44 | 1 | 1 |
| 4133 | 04170 | US$ | 17.32 | 1 | 1 |
| 4134 | 04171 | US$ | 908.08 | 1 | 1 |
| 4135 | 04172 | US$ | 736.77 | 1 | 1 |
| 4136 | 04173 | US$ | 394.06 | 1 | 1 |
| 4137 | 04174 | US$ | 214.09 | 1 | 1 |
| 4138 | 04175 | US$ | 48.35 | 1 | 1 |
| 4139 | 04176 | US$ | 748.35 | 1 | 1 |
| 4140 | 04177 | US$ | 212.03 | 1 | 1 |
| 4141 | 04178 | US$ | 237.03 | 1 | 1 |
| 4142 | 04179 | US$ | 156.3 | 1 | 1 |
| 4143 | 04180 | US$ | 105.42 | 1 | 1 |
| 4144 | 04181 | US$ | 2846.25 | 1 | 1 |
| 4145 | 04182 | US$ | 718.9 | 1 | 1 |
| 4146 | 04183 | US$ | 447.47 | 1 | 1 |
| 4147 | 04184 | US$ | 2000.64 | 1 | 1 |
| 4148 | 04185 | US$ | 317 | 1 | 1 |
| 4149 | 04186 | US$ | 309 | 1 | 1 |
| 4150 | 04187 | US$ | 13820 | 1 | 1 |
| 4151 | 04188 | US$ | 109.94 | 1 | 1 |
| 4152 | 04189 | US$ | -4183.36 | 1 | 1 |
| 4153 | 04191 | US$ | -506.1 | 1 | 1 |
| 4154 | 04192 | US$ | -506.1 | 1 | 1 |

**dbo_PAYB_LINE_CURR : Table**

| ROWID | VOUCHER_ID | LINE_NO | CURRENCY_ID | AMOUNT | SELL_RATE | BUY_RATE |
|---|---|---|---|---|---|---|
| 4766 | 04159 | 2 | US$ | 22.72 | 1 | 1 |
| 4767 | 04160 | 1 | US$ | 36.98 | 1 | 1 |
| 4768 | 04161 | 1 | US$ | 1191.44 | 1 | 1 |
| 4769 | 04162 | 1 | US$ | 64.87 | 1 | 1 |
| 4770 | 04162 | 2 | US$ | 4.06 | 1 | 1 |
| 4771 | 04162 | 3 | US$ | 18.44 | 1 | 1 |
| 4772 | 04163 | 1 | US$ | 1092.48 | 1 | 1 |
| 4773 | 04164 | 1 | US$ | 200 | 1 | 1 |
| 4774 | 04165 | 1 | US$ | 26.88 | 1 | 1 |
| 4775 | 04166 | 1 | US$ | 327.29 | 1 | 1 |
| 4776 | 04167 | 1 | US$ | 206.06 | 1 | 1 |
| 4777 | 04168 | 1 | US$ | 340.55 | 1 | 1 |
| 4778 | 04169 | 1 | US$ | 287.44 | 1 | 1 |
| 4779 | 04170 | 1 | US$ | 17.32 | 1 | 1 |
| 4780 | 04171 | 1 | US$ | 603.75 | 1 | 1 |
| 4781 | 04171 | 2 | US$ | 304.33 | 1 | 1 |
| 4782 | 04172 | 1 | US$ | 736.77 | 1 | 1 |
| 4783 | 04173 | 1 | US$ | 394.06 | 1 | 1 |
| 4784 | 04174 | 1 | US$ | 214.09 | 1 | 1 |
| 4785 | 04175 | 1 | US$ | 48.35 | 1 | 1 |
| 4786 | 04176 | 1 | US$ | 748.35 | 1 | 1 |
| 4787 | 04177 | 1 | US$ | 212.03 | 1 | 1 |
| 4788 | 04178 | 1 | US$ | 237.03 | 1 | 1 |
| 4789 | 04179 | 1 | US$ | 156.3 | 1 | 1 |
| 4790 | 04180 | 1 | US$ | 105.42 | 1 | 1 |
| 4791 | 04181 | 1 | US$ | 2846.25 | 1 | 1 |
| 4792 | 04182 | 1 | US$ | 718.9 | 1 | 1 |
| 4793 | 04183 | 1 | US$ | 447.47 | 1 | 1 |
| 4794 | 04184 | 1 | US$ | 2000.64 | 1 | 1 |
| 4795 | 04185 | 1 | US$ | 317 | 1 | 1 |
| 4796 | 04186 | 1 | US$ | 309 | 1 | 1 |

# EXHIBIT E



# N&B EXPRESS, INC.

TEL. (413) 665-2136
WATS 1-800-282-7784
FAX (413) 665-8568
20 INDUSTRIAL DRIVE (WEST) SO. DEERFIELD, MASS. 01373-0214

N & B EXPRESS, INC. REQUIRES
FULL PAYMENT WITHIN 15 DAYS.
ALL BILLS BEYOND ARE PAST DUE.

RECEIVED
APR 28 2000

BILL TO:
LAMSON & GOODNOW MFG CO
45 CONWAY ST
P O BOX 128
SHELBURNE FALLS   MA    01370

| STATEMENT DATE | CUSTOMER ACCT NO |
|---|---|
| 04/24/2000 | 84685 |

PAGE  1

| TRANSACTION DATE | FREIGHT BILL/INVOICE NUMBER | | AMOUNT | PAYMENTS | ADJUSTMENTS | NET BALANCE DUE |
|---|---|---|---|---|---|---|
| 02/28/00 | 0606052 | FB | 91.84 | 0.00 | 0.00 | 91.84 |
| 04/14/00 | 0631753 | FB | 77.29 | 0.00 | 0.00 | 77.29 |

MONTHLY AGED STATEMENT
PAST DUE

TOTAL AMOUNT DUE: ============================>  169.13

| | CURRENT | 15 DAYS | 30 DAYS | 45 DAYS |
|---|---|---|---|---|
| LAST PAYMENT: 77.66 03/21/00 | 77.29 | 0.00 | 0.00 | 91.84 |

# N&B Express, Inc.

TEL (413) 665-2191
WATS 1-800-282-7764
FAX (413) 665-8856

P.O. BOX 214, SO. DEERFIELD, MASS. 01373-0214

**FREIGHT BILL NUMBER:** 0606052
**METHOD OF PAYMENT:** COLLECT
**DATE:** 02/28/00
**REFERENCE NO.:** 79325
**CUST. ACCT. NO.:** 84655
**TRUCK NO.:** 78

CONSIGNEE: 84655
LAMSON & GOODNOW MFG CO
45 CONWAY ST
P O BOX 128
SHELBURNE FALLS   MA 01370

BILL TO:
LAMSON & GOODNOW MFG CO
45 CONWAY ST
P O BOX 128
SHELBURNE FALLS   MA 01370

SHIPPER: 14357
PCS COMPANY INC
763 THOMPSON ROAD
PO BOX 247
THOMPSON   CT 06277

| QTY/PIECES | DESCRIPTION | WEIGHT/LBS | RATE | CHARGES |
|---|---|---|---|---|
| 2 | N&B PRO ---^  0606052 | 934 | 17.23 | 172.30 |
| | 1 DRM ABRASIVE GRAIN | AS 1000 | | |
| | 1 BLT CORN COB | | | |
| | FUEL SURCHARGE | DISCOUNT | 48.00% | -82.70 |
| | | | 2.50% | 2.24 |
| | ***OVERNIGHT SERVICE TO VERMONT AND NEW HAMPSHIRE*** | | | |

TOTAL CHARGES: 107

RECEIVED BY: R. MILLER
LOADER: CJ

FROM:
BCS Co., Inc.
763 Thompson Road
P.O. Box 247
Thompson, CT 06277

SHIP TO:
LAMSON & GOODNOW
45 CONWAY ST.

SHELBURNE FALLS, MA 01370

PAGE: 79325

NO.

| DATE SHIPPED | CUST. ORDER NUMBER | UNITS ORDERED | PACKAGE DESCRIPTION | HM | SHIPPING DESCRIPTION N & B | SHIPPED VIA | PRODUCT DESCRIPTION | SPECIAL INSTRUCTIONS | HAZARD CLASS | I.D. NUMBER | PACKING GROUP | PPD | WEIGHT SUBJECT TO CORRECTION | COD | DATE WANTED | LABELS REQUIRED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 000587 | | | Abrasive Grain | | 20-180BT89 | | | | | | | | 993 | |
| | | 6083 | | | Corn Cob | | 87-20.40-71 | | N/A | N/A | | | 404 | | | |
| | | 287 | 8:45 | | | | M: 1  992<br>MH 1  155 | | N/A | N/A | | | 530 | | | |

N & B EXPRESS
0600062

DRIVER
203
18
PCS 2

SD
388

EMERGENCY RESPONSE
TELEPHONE NUMBER: (800) 424-9300

EMERGENCY CONTACT FOR CHEMICAL SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT, CALL CHEMTREC • DAY OR NIGHT 800-424-9300

SHIPPER:
PER:
DATE:

CARRIER: N & B
PER: Ed Arnold
DATE: 2-28-00

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

PLACARDS REQUIRED

PLACARDS SUPPLIED

DRIVER SIGNATURE: ☐ YES ☐ NO – FURNISHED BY CARRIER

Manned 24 hours/day by a person with knowledge of the hazards of the material and emergency response information or who has access to a person with that knowledge.



# EXHIBIT F



**INVOICE**

*Copy*

Invoice Date   10/29/99

Invoice No. 34298

MORRIS TRANSPARENT BOX CO.
945 WARREN AVE
EAST PROVIDENCE, RI   02914
401-438-6116

RECEIVED
MAY 10 2000

Billed to:
LAMSON & GOODNOW MFG. CO.
P.O. Box 128

Shelburne Falls, MA   01370

Shipped to:

45 Conway Street

Shelburne Falls MA  01370

Date Shipped: 10-28-99

Shipped Via: NEMF

4/7/

Your P.O. NO. 324,316        Terms: NET 30 DAYS

| LINE NO. | QTY ORDERED | QTY SHIPPED | ITEM DESCRIPTION | ITEM NUMBER | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 01 | 1,525 | 1,525 | PVC CEMENTED COVERS FOR BBQ XVA COVER 22 X 6 7/8 X 1 1 /4 | | 412.50/M | 629.06 |
| 02 | 2,575 | 2,575 | PVC CEMENTED COVERS FOR 3 PC. CHINESE XVA COVER 3 PC. | | 142.00/M | 365.65 |
| | | | | | Subtotal | 994.71 |
| | | | | | Invoice Total | 994.71 |

WE ARE BUSY! PLACE YOUR ORDERS EARLY!

less  86.63
Damage
$ 908.08

CK#4740

**CUSTOMIZED SERVICE**

Lamson & Goodnow Mfg Co

# FAX COVER



## LAMSONSHARP™

*Professional Cutlery and Tools since 1837*

DATE: 5-10-00

To Attention: Ann Morris

Company: Morris Transport

Fax #: (401)434-9779

Number of Sheets Including Cover: 1

**Message:** Ann:
I am in receipt of a copy of inv # 34298 of 10-29-99

Please send us some sort of Proof of Delivery as we do not show receipt of these items.
Also ck. for inv # 33666 for $1,142.93 will be sent by 5-12-00 at latest.

Thank you,
Sender: Sue

If transmission problems occur, please contact sender at 413-625-6331

45 Conway Street - PO Box 128 - Shelburne Falls, MA 01370
Tel: 413-625-6331    -    Fax: 413-625-9816

Form: lamcvr1.cvp (WinFax)

# LAMSONSHARP™

**PURCHASE ORDER NO.** 00324

VENDOR CODE: **MORTRA**

## Lamson & Goodnow Mfg Co

PO Box 128 – 45 Conway Street
Shelburne Falls, Massachusetts 01370-0128

PHONE (413) 625-6331     FAX (413) 625-9816
E-MAIL: lamson@crocker.com     WEB: www.lamsonsharp.com

Vendor:   MORRIS TRANSPARENT BOX CO
          945 Warren Avenue
          East Providence RI   02914

Ship To:

| PO DATE | SHIP VIA | F.O.B | | TERMS |
|---|---|---|---|---|
| 9/23/1999 | NEW ENGLAND MOTOR FR | | | Net 30 |
| **BUYER** | **REQ. DATE** | **VENDOR CONTACT** | **VENDOR FAX** | **VENDOR PHONE** |
| SHIP | 10/14/1999 | | 401-434-9779 | 401-438-6116 |

| ITEM NO. | QUANTITY | | DESCRIPTION | | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| PVC COVER BBQ | 1500 | EA | BBQ CLEAR COVER/NO SCREEN | | 0.4025 | $603.75 |
| | | | Deliver on: | 10/14/1999 | | |
| | | | Our part # XVACOVER | | | |
| | | | LENGTH = 22" | | | |
| | | | WIDTH   = 6-7/8" | | | |
| | | | HEIGHT  = 1-1/4" | | | |

$603.75

PURCHASE AUTHORIZED BY:  Tony Ostroski

*"WE ARE YEAR 2000 (Y2K) COMPLIANT"*

**OFFICE/RECEIVING**

# LAMSONSHARP™

### PURCHASE ORDER NO.  00316
VENDOR CODE:  MORTRA

## Lamson & Goodnow Mfg Co
PO Box 128  -  45 Conway Street
Shelburne Falls, Massachusetts 01370-0128
PHONE (413) 625-6331      FAX (413) 625-9816
E-MAIL: lamson@crocker.com    WEB: www.lamsonsharp.com

Vendor:   MORRIS TRANSPARENT BOX CO
945 Warren Avenue
East Providence RI  02914

Ship To:

| PO DATE | SHIP VIA | F.O.B. | | TERMS |
|---|---|---|---|---|
| 9/20/1999 | NEW ENGLAND MOTOR FR | | | Net 30 |

| BUYER | REQ. DATE | VENDOR CONTACT | VENDOR FAX | VENDOR PHONE |
|---|---|---|---|---|
| SHIP | 10/11/1999 | | 401-434-9779 | 401-438-6116 |

| ITEM NO. | QUANTITY | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|
| PVC COVER 3PC | 2500 EA | 3PC VAC COVER FOR CHINEESE/3PC SET | 0.134 | $335.00 |
| | | Deliver on:                    10/11/1999 | | |
| | | Our part # XVACOVER3PC | | |
| | | LENGTH = 13-3/4" | | |
| | | WIDTH  = 5-5/16" | | |
| | | HEIGHT = 5/8" | | |
| | | | | $335.00 |

PURCHASE AUTHORIZED BY:  Tony Ostroski

*"WE ARE YEAR 2000 (Y2K) COMPLIANT"*



THERMOFORMING ACETATE
TRANSPARENT BOXES
AND COVERS

545 WARREN AVE., EAST PROVIDENCE, RHODE ISLAND 02914
(401) 438-8115
FAX NO. 401 434-9779

FAX FROM _Joan Morris_

FAX TO _Guy (Atherton) - Lamson &_
                                    _Goodnow_
DATE: _5/10/00_

MESSAGE: _Please see proof of delivery of covers shipped for invoice #34298, which we shipped on 10/28/99. I am also faxing a copy of our packinglist, signed by the driver._

**CUSTOMIZED SERVICE**

49331

0120

**M T B**

945 WARREN AVE.  |  EAST PROVIDENCE, R.I. 02914  |  438-6116

NEW ENGLAND MOTOR FREIGHT NORFOLK
PRO#57184202

DELIVERED TO *Lanson & Gordon*                    DATE  10-28-19 99
45 Conway St. Shelburn Falls Mass 01370

| QUANTITY | ITEM |
|----------|------|
| 22 | Ctns. of plastic articles other than foam |
|    | Class 150 |
|    | 22 Ctns - 334 lb. |

*Via NEMF*

FREIGHT   COLLECT

412.50 tt

RECEIVED ABOVE MERCHANDISE IN GOOD CONDITION

(14) 1525 Cem Covers BBQ X Vacover
(22x67/8x11/4  (13W/116 IW/20)
PO 224

RECEIVED BY

22 Loose PCS

NEMF 283T

(6) 2575 Cem Covers 3PC Cover
142.00 tt          XVA CVC 3PC
PO 3V6           (7W/350 IW/125)

