UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-30102-KPN

| | |
|---|---|
| SPIRITUAL TREES d/b/a TREE SPIRIT and DAVID V. DUNN,<br>    Plaintiffs | )<br>)<br>)<br>) |
| vs. | )<br>) |
| LAMSON AND GOODNOW MANUFACTURING COMPANY and J. ROSS ANDERSON, JR.,<br>    Defendants | )<br>)<br>)<br>) |

**PLAINTIFFS' MOTION TO COMPEL FURTHER PRODUCTION OF DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37(A)**

NOW COME the plaintiffs, Spiritual Trees d/b/a Tree Spirit and David V. Dunn, and move this Court for an Order compelling the defendants, Lamson and Goodnow Manufacturing Company and J. Ross Anderson, Jr., to further comply with Number 13 of the Plaintiffs' Request for Production of Documents dated November 3, 2004 and Number 3 of Plaintiff's Supplemental Request for Production of Documents dated July 29, 2005.

As grounds therefore, the plaintiffs state that the defendants waived their objection to the Requests, and, alternatively, state that they have a substantial need for the statements and are unable to obtain their substantial equivalents without undue hardship.

414981

For these reasons, and for those set forth in the accompanying Memorandum, which is incorporated herein, the plaintiffs respectfully request this Court to allow its motion.

>THE PLAINTIFFS
>SPIRITUAL TREES d/b/a TREE SPIRIT
>and DAVID V. DUNN
>
>By  */s/ Patricia M. Rapinchuk*
>Patricia M. Rapinchuk, Esq., of
>Robinson Donovan, P.C.
>1500 Main Street, Suite 1600
>Springfield, Massachusetts 01115
>Phone (413) 732-2301  Fax (413) 785-4658
>BBO No.: 556149

## CERTIFICATE OF SERVICE

I, Patricia M. Rapinchuk, Esq., hereby certify that on this 19th day of December, 2005, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel, Kevin C. Maynard, Esq., Bulkley Richardson and Gelinas, LLP, 1500 Main Street, Suite 2700, Springfield, MA, 01115.

Subscribed under the penalties of perjury.

>  */s/ Patricia M. Rapinchuk*
>Patricia M. Rapinchuk, Esq.

414981