```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

                                    C.A. No. 04-30102-KPN


SPIRITUAL TREES d/b/a TREE SPIRIT )
and DAVID V. DUNN                 )
              Plaintiffs          )
v.                                )
                                  )
LAMSON AND GOODNOW MANUFACTURING  )
COMPANY AND J. ROSS ANDERSON, JR. )
              Defendants          )
```

DEPOSITION OF: MARCIA TETREAULT taken before Jessica R. Stasio, Notary Public-Stenographer, pursuant to Rule 30 of the Massachusetts Rules of Civil Procedure, at the law offices of ROBINSON DONOVAN, P.C., 1500 Main Street, Springfield, Massachusetts on July 27, 2005.

Appearances: (see page 2)

Jessica R. Stasio
Registered Professional Reporter

ACCURATE COURT REPORTING
1500 Main Street, Suite 1412
Springfield, MA 01115
413-747-1806

1   -- someone, and I don't -- it was either Kurt,
2   Ross, or David, said let's get together and discuss
3   this.  I assumed since I had had the conversation in
4   the morning with David that, you know, they meant
5   the commission issue.  And then David went in, I
6   don't know if it's Kurt's office or Ross's office.
7   And then a while later, I heard I assume David come
8   out, because the person I heard went into David's
9   work space, and I heard rummaging around and keys.
10  I did not turn around.  And then I heard Ross say
11  "David, please leave the computer."  And I heard
12  David say something to the effect about having
13  personal information on it.  And then I heard
14  footsteps going down the hall.  And at that point I
15  turned around, and Ross was standing near David's
16  work space, and Kurt was standing right near Karen's
17  desk.  And Ross said "Kurt, call the police and
18  report an employee theft".
19      Q.   I think you said the first thing you heard
20  was something to the effect of let's get together to
21  discuss this?
22      A.   Something that effect.
23      Q.   And you don't know which of the three
24  people said that?

1   A.   I don't remember which one said it.
2   Q.   And --
3   A.   One of the three.
4   Q.   Were they all three in the area at the
5   time that you heard that?
6   A.   I don't know.  I was in my work space
7   working, and I just heard --
8   Q.   So you didn't see anybody?
9   A.   I did not.
10  Q.   And between the time that you heard that
11  and the time that I think you said you heard
12  footsteps heading toward David Dunn's work space,
13  how much time had elapsed?
14  A.   I want to say maybe 10 or 15 minutes,
15  maybe.
16  Q.   During that 10 or 15 minutes, did you hear
17  any voices being raised?
18  A.   I did not.
19  Q.   Did you hear anything at all out of the
20  ordinary?
21  A.   No, I did not.
22  Q.   And the next thing you heard was
23  footsteps, and I think you said some rummaging
24  around in David's space?

1      A.   Yes.  I heard keys, I heard, you know,
2  movement, rummaging around from like -- I didn't
3  turn around.  And I assumed it was David, because it
4  was in his work space.
5      Q.   Was he saying anything?
6      A.   Not that I recall.
7      Q.   And this didn't attract your attention to
8  have you turn around?
9      A.   It didn't.  Because of the conversation we
10 had had earlier, I just knew that something was up
11 over this commission thing, and I didn't want to get
12 involved, and I didn't turn around.
13     Q.   What did you think was happening back
14 there?
15     A.   I didn't know what was happening.  I just
16 knew that I didn't want to get involved, and I
17 didn't turn around.
18     Q.   Okay.  And then I, I'm trying to recall
19 the sequence of the events.  I think you then said
20 you heard -- did you hear other people's footsteps
21 or not?  I don't remember.
22     A.   The -- I remember specifically hearing
23 Ross say "David, please leave the computer".
24     Q.   And that was when you turned around?

```
 1        A.    No.  I didn't turn around until after I
 2   heard footsteps going down the hall.
 3        Q.    Okay.  So you heard Ross's voice this
 4   time, you're sure it was Ross's voice?
 5        A.    I'm positive.
 6        Q.    All right.  What was his tone of voice?
 7        A.    It was calm.
 8        Q.    And how many times did you hear him say
 9   that?
10        A.    Just once.
11        Q.    So you heard Ross calmly say "David,
12   please leave the computer"?
13        A.    I did.
14        Q.    And then you heard David Dunn, I believe,
15   reply something to the effect that he had some
16   personal things on the computer?
17        A.    Exactly.
18        Q.    And what was his tone of voice?
19        A.    Well, I don't know.  Calm.  I -- I really
20   don't -- I -- you know, calm or maybe raised a
21   little bit, but --
22        Q.    Did you hear anything else at that time?
23        A.    No, I did not.
24        Q.    So no response to what David said?
```

```
 1        Q.    Is that the extent of your memory about
 2   that telephone conversation?
 3        A.    It is.
 4        Q.    Have you spoken with him since then?
 5        A.    I believe he called the office one morning
 6   early, and I answered the phone.  He was looking for
 7   Tony.  And I think the extent of the conversation
 8   was Tony wasn't there yet, and he said he'd call him
 9   back.
10        Q.    Was that the last conversation you had
11   with him, or were there more?
12        A.    No, as far as I remember, that's it.
13        Q.    Were you asked by anyone in the company to
14   give a written statement or a description of what
15   you observed on the afternoon of March 29th, 2004?
16        A.    Yes.
17        Q.    All right.  Who asked you to do that?
18        A.    Ross.
19        Q.    When did he ask you, do you know?
20        A.    I don't know.  It was shortly after it
21   happened, but I couldn't give you a specific time
22   frame.
23        Q.    Okay.  And did you provide him with a
24   written description of what you saw?
```

1       A.    I did.

2       Q.    And was it typed or handwritten?

3       A.    I typed it.

4       Q.    You did it yourself on a computer?

5       A.    I did.

6       Q.    Did you do it at work?

7       A.    Yes.

8       Q.    And do you know how long that statement is
9  in terms of number of pages?

10      A.    Not even one page.

11      Q.    And to the best of your recollection, what
12  does the statement say?

13      A.    It says that -- I can't remember if it was
14  all in one statement or if I did two statements,
15  because I believe I wrote down about my conversation
16  with David in the morning.  I also wrote down what I
17  didn't see that afternoon as far as hearing David --
18  who I assume was David come out, I heard rummaging
19  around, I heard keys rattling, I heard Ross say,
20  please, -- "David, please leave the computer", and I
21  heard footsteps going down the hallway.  And then I,
22  you know, I heard Ross say "Kurt, please call the
23  police".

24      Q.    So similar to what you've testified to

```
1     this afternoon?
2         A.    Exactly.
3         Q.    All right.  And you said you may have
4     provided two statements?
5         A.    I can't remember.  I believe -- I know I
6     did one on that afternoon, and I may have typed up
7     one on my conversation.  And I can't remember if it
8     was two separate or one together.
9         Q.    Okay.  All right.  Do you have a copy of
10    that statement?
11        A.    I believe I saved the file.
12        Q.    And who did you give the statement to,
13    Ross Anderson?
14        A.    I gave it to Ross.
15        Q.    Other than that one or possibly two
16    statements, have you provided any other written
17    statements regarding David Dunn?
18        A.    Not that I remember, no.
19        Q.    Have you ever seen the contract between
20    Lamson and Goodnow and David Dunn's -- and Tree
21    Spirit?
22        A.    No.
23        Q.    Did you review any documents to prepare
24    for this deposition today?
```

1    A.    No.

2    Q.    You didn't look at your prior written
3 statements?

4    A.    No.

5    Q.    Did you have any conversations with
6 anybody to refresh your recollection in preparation
7 for this deposition today?

8    A.    No.

9    Q.    Did you talk with Karen Morse on the drive
10 here about the events of March 29th?

11   A.    No.

12           MS. RAPINCHUK:  I think I am
13   finished, but I would like to take just one
14   moment to speak with my client.

15           (A break was taken)

16           MS. RAPINCHUK:  I'm all set.

18           (The deposition was concluded)