1

```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

                                     C.A. No. 04-30102-KPN


   SPIRITUAL TREES d/b/a TREE SPIRIT)
   and DAVID V. DUNN                )
                 Plaintiffs         )
   v.                               )
                                    )
   LAMSON AND GOODNOW MANUFACTURING )
   COMPANY AND J. ROSS ANDERSON, JR.)
                 Defendants         )




            DEPOSITION OF:  BRIAN KOSHINSKY taken
   before Jessica R. Stasio, Notary Public-Stenographer,
   pursuant to Rule 30 of the Massachusetts Rules of
   Civil Procedure, at the law offices of ROBINSON
   DONOVAN, P.C., 1500 Main Street, Springfield,
   Massachusetts on July 27, 2005.



   Appearances: (see page 2)




                       Jessica R. Stasio
                Registered Professional Reporter
```

ACCURATE COURT REPORTING
1500 Main Street, Suite 1412
Springfield, MA 01115
413-747-1806

```
 1        A.    I believe she was sitting in her area.
 2        Q.    Did you speak with her after the fact
 3  about what she may have heard or observed?
 4        A.    That day?
 5        Q.    At any time?
 6        A.    Yes, I've spoken to her about it, but I
 7  don't recall what she said.
 8        Q.    Did she tell you that she saw the whole
 9  interaction between David Dunn and Kurt and Ross?
10        A.    No, I don't think she told me she saw
11  that.
12        Q.    Did you speak with Wendy, Kim, that day
13  about what had happened?
14        A.    No.
15        Q.    How about Karen?
16        A.    No.
17        Q.    Were you asked to give a written
18  description of what you saw or observed that day?
19        A.    Yes, I was.
20        Q.    And who asked you to do that?
21        A.    Kurt.
22        Q.    When did he ask you to do that?
23        A.    Few weeks later.
24        Q.    A few weeks later?
```

```
 1        A.    Yeah.  I'm not sure exactly when, but it
 2   was a couple weeks.
 3        Q.    What did he ask you to do?
 4        A.    Just describe what I saw.
 5        Q.    And did you do that?
 6        A.    Yeah.
 7        Q.    And was this in writing that you did this?
 8        A.    Yes.
 9        Q.    Was it typed or handwritten?
10        A.    Typed.
11        Q.    And did you type it yourself?
12        A.    Yes.
13        Q.    Was it on your computer at Lamson that you
14   typed this at?
15        A.    Yes.
16        Q.    And do you know how long the statement was
17   in terms of how many pages it took?
18        A.    It was roughly one page.
19        Q.    And what did you do with it, this
20   statement, after you completed it?
21        A.    Handed it in to Kurt.
22        Q.    Have you seen it since then?
23        A.    I have a copy of it on my computer, so
24   yes.
```

```
 1         Q.   Did you review it before you came to this
 2   deposition today?
 3         A.   No.
 4         Q.   When's the last time you read it?
 5         A.   When I wrote the one -- when -- well, not
 6   wrote, when I printed out another copy to meet with
 7   -- I don't know what her name was.
 8         Q.   An attorney?
 9         A.   Yes.
10         Q.   Is that the only written statement that
11   you've provided about this case?
12         A.   No.
13         Q.   What was the other written statement that
14   you've provided?
15         A.   One about the Lechter's check.
16         Q.   So you provided a written description of
17   what you -- about the Lechter's check incident?
18         A.   Correct.
19         Q.   And when did you provide that statement?
20         A.   I'm not sure.
21         Q.   Who asked you for that?
22         A.   Kurt.
23         Q.   He ask you for the written statement at or
24   around the time that you were obtaining the
```

```
 1        documentation on that?
 2             A.    I'm not sure.
 3             Q.    Was that also a typed statement --
 4             A.    Yes.
 5             Q.    -- on your computer?
 6             A.    Yes.
 7             Q.    And do you know how long that statement
 8   was?
 9             A.    About a page.
10             Q.    And you've said that -- strike that.
11   Maybe you didn't say that.
12                   And do you have a copy of that statement
13   as well?
14             A.    Yes, I do.
15             Q.    When's the last time you reviewed that?
16             A.    I've never reviewed it since I've written
17   it.
18             Q.    And the last time you reviewed the other
19   statement was in preparation for your meeting with
20   one of the company's lawyers?
21             A.    Yes.
22             Q.    Have you provided any other written
23   statements?
24             A.    No, I haven't.
```