UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 3:04-CV-30102-KPN
Pages 1-62

SPIRITUAL TREES d/b/a TREE
SPIRIT and DAVID V. DUNN

vs.

LAMSON AND GOODNOW MANUFACTURING
COMPANY and J. ROSS ANDERSON, JR.

-----------------------------------------------------
DEPOSITION OF:  WENDY BREWER
-----------------------------------------------------

Taken before Joanne Coyle, Certified
Shorthand Reporter, Notary Public, pursuant
to the Federal Rules of Civil Procedure, at
the offices of Bulkley, Richardson and
Gelinas, LLP, 1500 Main Street, Springfield,
Massachusetts on AUGUST 17, 2005, commencing
at 9:10 a.m.

Joanne Coyle
Certified Shorthand Reporter
License No. 106693

**PERLIK and COYLE REPORTING**
Certified Professional Reporters

1331 Main Street
Springfield, MA 01103
Tel. (413) 731-7931    Fax (413) 731-7451

**PERLIK and COYLE REPORTING**

1    respect to any interaction between Ross and David

2    Dunn that day?

3        A.    That particular day, let's see.  At one

4    point, the door opened and there was loud voices.

5    Ross' voice was loud.  I didn't really pay

6    attention to it.

7            David came out of the office first,

8    rushing down the hallway, and then I heard Ross

9    say, "Stop David, don't go any further."  David

10   went over to his desk, Ross following very close

11   to David.  Ross continued to say, "Don't, David.

12   Don't take that, don't take your computer" -- and

13   of course all of us became very aware that there

14   was a problem.  I was not exactly sure what was

15   going on.  I just continued to hear the commotion.

16           Then, at David's desk, Ross asked David

17   not to take the computer.  David said, "All I want

18   are my personal files."  Ross continued to become

19   very upset, red in the face.  I thought he was

20   keeling over.  I thought he was having a heart

21   attack.  He kept yelling to David, "Don't take

22   that."

23           The next thing I know, he grabbed David

24   around the waist.  David pulled himself away with

1   his computer and his briefcase and proceeded to

2   leave the office.

3        Q.    You were standing up at your desk

4   watching all of this?

5        A.    I can see very clearly, even in my

6   chair, over to David's desk.

7        Q.    Were you standing up?

8        A.    I was sitting.

9        Q.    How about the others in your cubicle

10  space?  What were they doing?

11       A.    They were all sitting.

12       Q.    Was everybody looking at what was going

13  on?

14       A.    Yes.

15       Q.    So far as you know, everybody was able

16  to see what you were able to see?

17       A.    Yes.

18       Q.    Did you ask anybody what was going on?

19       A.    I made eye contact with everyone and

20  didn't really feel comfortable talking at that

21  point.

22       Q.    So, no, you didn't ask anybody what was

23  going on?

24       A.    I did not.

**PERLIK and COYLE REPORTING**

1      Q.    Do you know where Tiffany was?

2      A.    She sits on this side.

3      Q.    What was her last name?

4      A.    Benoit -- B-E-N-O-I-T.

5      Q.    Was she there while this was going on?

6      A.    Yes.

7      Q.    Would you write in -- let's use a

8    different color pen.

9            Would you write in Tiffany's name where

10   she was while this was going on?

11     A.    Mmm-hmm.

12     Q.    Would you put your initials under that,

13   please?

14     A.    Sure.

15     Q.    Did you ask Tiffany what was going on?

16     A.    No.

17     Q.    You don't recall having any discussion

18   with Tiffany?

19     A.    Eye contact.

20     Q.    Do you recall that you didn't have any

21   discussion with Tiffany?

22     A.    I don't recall.

23     Q.    One way or the other?

24     A.    Either way.

**PERLIK and COYLE REPORTING**

1        Q.    As far as you know, was Tiffany able to

2    see what you saw?

3        A.    I'm not exactly sure.

4        Q.    Let's go back over what you described

5    for me, please.

6              You said that they came out of the

7    office with Ross following very closely.  What do

8    you mean closely?  How closely?

9        A.    Very close.  He was basically on David's

10   heels.

11       Q.    How about Mr. Zanner?  Where was he?

12       A.    Behind Ross.

13       Q.    You said David was moving quickly to his

14   office space?

15       A.    Mmm-hmm.

16       Q.    Was he running?

17       A.    No; just walking.

18       Q.    Walking quickly?

19       A.    Yes.

20       Q.    ROSS was repeating, "Don't take that,

21   don't take the computer"?

22       A.    Right.

23       Q.    Did you see what Mr. Dunn was doing when

24   Mr. Ross was saying that?

**PERLIK and COYLE REPORTING**

1     A.   Picked up his briefcase, wanted to -- he

2    was trying to unplug his computer.

3     Q.   You saw him trying to unplug his

4    computer?

5     A.   Yes; I looked over, I kept glancing over

6    at what was going on.

7     Q.   You heard David say words to the,

8    "Effect all I want are my personal things"?

9     A.   Exactly.

10    Q.   Those were his exact words?

11    A.   I'm very clear -- I don't know if those

12    were his exact words, I'm sorry, but it was close

13    to that.

14    Q.   Did you hear Mr. Anderson or anybody

15    else make any response?

16    A.   Well, soon after David took the computer

17    and walked down the hallway, I heard Ross say,

18    "Call the police."

19    Q.   But in terms of David saying all I want

20    are my personal things, did you hear any response

21    to that?

22    A.   From Ross?

23    Q.   Yes.

24    A.   I don't recall.

1    Q.    Did you hear Mr. Zanner saying anything

2    during this time?

3    A.    He was pretty quiet.

4    Q.    Well, did you hear him say anything?

5    A.    I don't recall.

6    Q.    At some point, you described

7    Mr. Anderson as speaking loudly.

8    Was he still speaking loudly during this

9    episode?

10    A.    Yes.

11    Q.    You said at one point that you thought

12    he was keeling over.  What do you mean by that?

13    A.    He was very red.  I thought -- because

14    it was so unexpected, this whole incident, I

15    didn't know what was going on, I thought he was

16    very red in the face, he looked like he was

17    leaning over David, but he was actually trying to

18    keep David from taking the computer, from what I

19    saw, because he kept saying please don't take the

20    computer and he grabbed David around the waist,

21    didn't -- not wanting him -- what appeared to me

22    not wanting him to take things with him.

23    Q.    Well, you say to be keeling over.  Do

24    you mean physically leaning over?

**PERLIK and COYLE REPORTING**

1    A.    Yes.

2    Q.    On observation, did you then see that he

3 wasn't keeling over, he was trying to keep the

4 computer?

5    A.    He was trying to keep grabbing -- keep

6 David from taking anything from his desk.

7    Q.    What you mean, grabbing?

8    A.    He was pulling him.

9    Q.    Where were his hands?

10    A.    Around David's waist.

11    Q.    Were Mr. Anderson's hands locked?

12    A.    No.

13    Q.    Did he have a hand on each hip, for

14 example?

15    A.    Yes.

16    Q.    Yes, he had one hand on each hip?

17    A.    Yes.

18    Q.    How long did you see him physically

19 contacting David like that?

20    A.    I'd say for a few seconds.  It wasn't

21 long.

22    Q.    Did you see him put his hands on David?

23    A.    Yes.

24    Q.    Did you see him take his hands off

**PERLIK and COYLE REPORTING**

1    David?

2        A.    David had to pull away.

3        Q.    Did you see David pull away?

4        A.    Yes.

5        Q.    So as long as Mr. Anderson had his hands

6    on David, you saw him?

7        A.    Yes.

8        Q.    It was a few seconds?

9        A.    Yes.

10       Q.    When you say David pulled away, what do

11   you mean by that?

12       A.    Grabbed his briefcase, grabbed the

13   computer, pulled away from Ross and walked down

14   the hall.

15       Q.    When you say pulled away, did he have to

16   break a grip?

17       A.    Yes.

18       Q.    Or simply walk away?

19       A.    No; he had to pull away.

20       Q.    I don't understand what you mean by pull

21   away?

22       A.    Ross was still holding onto him.

23       Q.    But did he contact Mr. Anderson's arms,

24   for example?  Did he have to knock his arms away?

**PERLIK and COYLE REPORTING**

1       A.    No.

2       Q.    Or did he simply pull his body out of

3 the grip?

4       A.    Exactly.

5       Q.    Then what did you see?

6       A.    Then I saw David advance down the

7 hallway, which is the direction towards the end of

8 the building towards the stairway to his -- so it

9 was down this way.  (Indicating.)

10      Q.    On Exhibit 1, someone has drawn an arrow

11 and that's the direction you saw David move?

12      A.    Yes.

13      Q.    In fact, you see a couple of Xes in

14 circles or crosses in circles?

15      A.    Mmm-hmm.

16      Q.    Is that the general location where this

17 grabbing that you described took place?

18      A.    The actual grabbing took place over at

19 David's desk.

20      Q.    Inside the cubicle?

21      A.    Yes.

22      Q.    Where was Mr. Zanner when that occurred?

23      A.    I don't exactly remember where

24 Mr. Zanner was.  I know where he was after David

**PERLIK and COYLE REPORTING**

1    left.

2         Q.    Where was that?

3         A.    He came over to Karen's desk.

4         Q.    Did you understand him to make a

5    telephone call?

6         A.    Yes.

7         Q.    Did you understand him to be calling the

8    police?

9         A.    Yes.

10        Q.    Did you hear him?

11        A.    Yes.

12        Q.    So did you ever stand up during this

13   episode or were you seated the whole time?

14        A.    Yes; I did stand up.

15        Q.    When did you stand up, do you remember?

16        A.    I don't exactly remember.

17        Q.    Do you remember, for example, what you

18   saw standing up versus what you saw sitting down?

19        A.    I saw probably more as I stood up.  I

20   was trying to figure out if I should become

21   involved in this incident.

22              I felt like I needed to help in some way

23   but I pulled myself back from that, but I was

24   standing up as I contemplated if I should become

**PERLIK and COYLE REPORTING**

1    involved.

2        Q.    How did you contemplate becoming

3    involved?  What did you contemplate doing?

4        A.    I wanted to ask them to stop whatever

5    was going on, please stop, but I pulled myself

6    back from that.

7        Q.    "Them" being Mr. Dunn and Mr. Anderson?

8        A.    Right; yes.

9        Q.    At least in part, did you stand up in

10    order to --

11        A.    (Interposing) Yes.

12        Q.    -- observe things more clearly?

13        A.    Yes; I did.

14        Q.    Would you mark with initials 1 R and 1 D

15    where Mr. Dunn -- I'm sorry, A and D where

16    Mr. Dunn and Mr. Anderson were standing when you

17    saw him, as you described it, grab Mr. Dunn?

18        A.    (Witness complying.)

19        Q.    Would you initial right under that, your

20    initials, please?

21        A.    (Witness complying.)

22        Q.    Thanks.  How far -- this diagram

23    obviously is not to scale.

24              How far were you from, say, Mr. Anderson

**PERLIK and COYLE REPORTING**

1  when this happened?

2       A.    Probably about six to eight feet.

3       Q.    It's your testimony that because of the

4  way the partitions were arranged, you had a clear

5  view from your space into David's space?

6       A.    Yes.

7       Q.    So you saw David take off down the hall,

8  turning right and going down the hall, right?

9       A.    Mmm-hmm.

10      Q.    You said you heard Mr. Anderson at that

11 point -- or at some point -- say "call the

12 police"?

13      A.    Yes.

14      Q.    Where was Mr. Anderson when he said

15 that?

16      A.    He came out of the cubicle.  He was

17 probably standing about here.  (Indicating.)

18      Q.    What did you see or do next?

19      A.    I sat at my desk and continued to work.

20      Q.    Did you see where Mr. Anderson went

21 after he said "call the police"?

22      A.    He started following David down the

23 hall.

24      Q.    Where was David at that point?

**PERLIK and COYLE REPORTING**

1    A.    He was going down the stairwell, down --

2 which takes you down to the retail store and out

3 the end door.

4    Q.    When you saw Mr. Anderson standing in

5 the doorway of David's cubicle and you heard him

6 say "call the police" --

7              MS. RAPINCHUK:    (Interposing)

8 Objection; maybe I misunderstood.   Did she say

9 Mr. Anderson said "call the police"?

10             MR. MAYNARD:   Yes.

11   Q.    (BY MR. MAYNARD)   Is that right?

12   A.    Yes.

13   Q.    In fact, let me have you mark A 2, where

14 you saw Mr. Anderson standing when you heard him

15 say "call the police"?

16   A.    (Witness complying.)

17   Q.    At that point when you heard

18 Mr. Anderson say "call the police," was Mr. Dunn

19 going down the stairs, so far as you know?

20   A.    He was going down the hallway.

21   Q.    Could you see him?

22   A.    I stood up and I could see him.

23   Q.    Mr. Dunn?

24   A.    Yes.

```
 1        Q.    Was he still in the hallway at that
 2   point?
 3        A.    Probably close to the stairwell.
 4        Q.    How far is it from where Mr. Anderson
 5   was standing to the stairwell -- the door to the
 6   stairwell?
 7        A.    I'd say fifteen feet.
 8        Q.    But when you stood up at your space, you
 9   could see that doorway?
10        A.    Yes.
11        Q.    Did you see Mr. Dunn go through that
12   doorway?
13        A.    No.
14        Q.    Did you see Mr. Anderson go through that
15   doorway?
16        A.    I watched Ross follow down the hallway
17   very quickly after he said "call the police."
18              I didn't actually see him go through the
19   stairway.
20        Q.    What did you see or do next?  You said
21   you went back to work?
22        A.    I tried to.  I turned around and made
23   eye contact with some of my employees -- Karen and
24   Kim.  Karen was obviously very upset.  Kim was a
```

1    little bit upset, it looked like, having only made

2    eye contact.

3            I could just tell, Karen's eyes were

4    huge; and none of us obviously knew what was going

5    on.

6    Q.    Had you seen any of the other -- your

7    cubicle mates, if I may call them that -- stand up

8    during this episode?

9    A.    I don't recall.

10   Q.    You do recall that each was there?

11   A.    Oh, yes.

12   Q.    At least when the episode began, do you

13   recall that each was seated at his or her desk?

14   A.    Yes.

15   Q.    Which direction did Kim's desk face?

16   A.    She was facing out this way.

17   (Indicating.)

18   Q.    That's away from David's space?

19   A.    Mmm-hmm.

20   Q.    With her back to David's space?

21   A.    Mmm-hmm.

22   Q.    Did you see her turn around?

23   A.    I made eye contact with her when the

24   commotion started; and yes, she was turned around.

**PERLIK and COYLE REPORTING**

1    Q.    Did she stay turned around so as to

2    observe what was going on?

3    A.    Yes, she was definitely turned in that

4    direction.

5    Q.    How do you know that?  That's behind

6    you, right?

7    A.    Yes; we can see each other very clearly.

8    We definitely made eye contact as I did with Karen

9    also.

10    Q.    But if you're looking at David's space,

11    you're looking away?

12    A.    When I face my chair out, I can see

13    David to the left and Kim to the right, so I was

14    back and forth.

15    Q.    To the extent you were observing Kim,

16    you weren't looking at the episode?

17    A.    I looked at Kim for a moment.

18    Q.    But you couldn't look at Kim and David

19    at the same time?

20    A.    Peripherally, perhaps, but not clearly.

21    Q.    How about Brian?  Did you see what Brian

22    was doing during this?

23    A.    Brian was sitting at his desk.  I don't

24    know exactly how he was turned.

**PERLIK and COYLE REPORTING**

1      Q.    You didn't see him stand up at any time?

2      A.    No.

3      Q.    Do you recall that he stayed seated?

4      A.    Yes.

5      Q.    Really?  Okay.  How about Karen?  Did

6   you see what she did?

7      A.    Karen was sitting at her desk.

8      Q.    What direction was Karen's desk facing?

9      A.    It faced this way, towards Paul.

10      Q.    Towards Paul?

11      A.    Mmm-hmm.

12      Q.    At least on this diagram where there's a

13   designation of a desk, that's not your memory?

14      A.    There's a desk here and there's a desk

15   in front of her.

16      Q.    Kind of a return?

17      A.    Yes; it's an L-shape.

18      Q.    Like you, if Karen was seated at her

19   desk, was she facing the corner?

20      A.    She is facing the corner; yes.

21      Q.    It's your recollection that she remained

22   seated?

23      A.    Yes.

24      Q.    And Paul remained seated -- I'm sorry,

1  and Brian remained seated?

2      A.   Brian was -- as far as I remember, Brian

3  was seated.

4      Q.   And Kim remained seated?

5      A.   Yes.

6      Q.   Do you know if Brian, while facing his

7  desk in his chair, do you know what direction he

8  was facing?

9      A.   I don't know what direction at that

10 particular time he was facing.

11     Q.   Did you see him push away from his desk

12 so as to see what was going on?

13     A.   At one point, I -- when I was looking at

14 Kim, I glanced over at Brian and I saw him turn in

15 that direction, looking out.

16     Q.   That's what you observed Kim doing as

17 well?

18     A.   Yes.

19     Q.   Did anyone tell you at any point during

20 that day what had occurred?

21     A.   Specifically what had occurred, no one

22 told me, but Kurt made an announcement after he

23 called the police and David had left that no one

24 should make contact with David; no one should have