UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 3:04-CV-30102-KPN
Pages 1-43

SPIRITUAL TREES d/b/a TREE
SPIRIT and DAVID V. DUNN

vs.

LAMSON AND GOODNOW MANUFACTURING
COMPANY and J. ROSS ANDERSON, JR.



---
DEPOSITION OF: KIM CURTIS
---

Taken before Joanne Coyle, Certified Shorthand Reporter, Notary Public, pursuant to the Federal Rules of Civil Procedure, at the offices of Bulkley, Richardson and Gelinas, LLP, 1500 Main Street, Springfield, Massachusetts on AUGUST 17, 2005, commencing at 10:20 a.m.

Joanne Coyle
Certified Shorthand Reporter
License No. 106693

**PERLIK and COYLE REPORTING**
Certified Professional Reporters

1331 Main Street
Springfield, MA 01103
Tel. (413) 731-7931      Fax (413) 731-7451

**PERLIK and COYLE REPORTING**

1  building.
2    Q.  Are you just assuming that they went to
3  lunch?
4    A.  It was such a ritual.  I would say four
5  out of five days a week, they went to lunch
6  together.  If they were in the office, they all
7  went to lunch together.  Very consistent.  If one
8  was missing, you knew they were all at lunch
9  situation.
10       On that particular day, my back would be
11 to this whole area because my desk L'ed.
12   Q.  I'm not going to ask you to draw
13 anything.  I'm just going to ask you to be verbal
14 about it so we can make a clear record.  Your back
15 would be?
16   A.  To David's office.  I heard a lot of
17 commotion, loud voices, heated did discussions.
18   Q.  Do you know whose voices they were?
19   A.  Ross, David, and Kurt.
20   Q.  Go ahead.
21   A.  Not making out, I don't recall specific
22 words.
23       There appeared to be a difference of
24 opinion in a power struggle going on because the

```
 1   wall in front of David's office is visibly open so
 2   you could see from waist height but you couldn't
 3   see what was going on, on the desk.  A lot of
 4   heated exchange type words.  They weren't
 5   screaming but it was an exchange, more so from
 6   Ross' perspective than David's.
 7           I didn't hear specific wording -- or
 8   don't recall, I should say -- the specific wording
 9   of the exchange in that office and was quite
10   stunned by what appeared to be unfolding; and then
11   I heard Ross scream, "Call the police."
12           As David was exiting his office
13   approximately at the corner of where his office
14   and her office met, Ross reached out and
15   surrounded David by the waist.
16           Now, David is a tall man and Ross is a
17   very short man so it was this very bizarre, almost
18   comical was my initial thought as to what is going
19   on here as Ross wrapped his arms around David's
20   arms and waist.
21       Q.   Was he doing this from behind or from
22   the front?
23       A.   From the side.  From the side.  If I
24   could -- because what struck me funny, because
```

```
 1   Ross is such a little man, as he tried to
 2   encompass David, his head is compressed up against
 3   David's stomach and it was a very surreal, comical
 4   sight to see this little guy with his arms
 5   restraining David from who knows what.
 6        Q.   Did you actually see this?
 7        A.   Yes.
 8        Q.   Where were you when you saw this -- what
 9   you just described?
10        A.   I was sitting in my cubicle, turned
11   around facing that area.
12        Q.   Was there anything obstructing your
13   view --
14        A.   (Interposing) No.
15        Q.   -- of where David and Ross were standing
16   at that time?
17        A.   No; that's why I say, these walls are
18   exaggerated.
19        Q.   What you just described with Ross
20   putting his arms around David to restrain him,
21   this happened at the corner of the office between
22   this office and Kurt's office?
23        A.   Yes.
24        Q.   Somebody has drawn two circles with X
```

```
 1   marks in them.  Was it in that general vicinity?
 2        A.   The X mark here would be closest to
 3   David and the X marked with a 2 would have been
 4   Ross.
 5             There was no person between my view of
 6   myself and the two of them.  Kurt was still in
 7   that back office at that point.
 8        Q.   I just want to slow you down and take
 9   you back a little bit and go through these steps.
10             Did you first hear something to draw
11   your attention to this?
12        A.   Yes.
13        Q.   You said you heard loud voices?
14        A.   Right.
15        Q.   A heated exchange?
16        A.   Right.
17        Q.   Did you hear all three voices?  I think
18   you said Ross, Kurt, and David?
19        A.   I heard all of them speaking; yes.
20        Q.   Did any of them have their voices raised
21   at that time?
22        A.   Ross had his voice raised.
23        Q.   Did you turn around when you heard this?
24        A.   Absolutely.
```

1    Q.    What was the first thing you saw when
2 you turned around, when your attention was drawn
3 by the voices?
4    A.    The three of them over David's desk,
5 doing something with what was on the desk.
6    Q.    They were all three in David's cubicle
7 office --
8    A.    (Interposing) Correct.
9    Q.    -- when you saw them?
10        MS. RAPINCHUK:  Can we take a quick
11 break?
12            (A recess was taken.)
13    Q.    (BY MS. RAPINCHUK)  I think you were
14 starting to describe to me what you first
15 observed?
16    A.    David was in the middle, Kurt to David's
17 left, Ross to his right.
18    Q.    Were they standing?
19    A.    All three standing.
20    Q.    So you could see their heads and
21 shoulders?
22    A.    Right.
23    Q.    But you said you couldn't see the actual
24 desk area?

```
 1        A.   No.
 2        Q.   Why did you think that they were doing
 3   something on the desk?
 4        A.   Because David was gathering things, just
 5   by his motion, and Kurt -- I don't recall which
 6   one of them said it, but the one thing I do
 7   remember somebody saying was that you can't take
 8   that.
 9        Q.   Did you hear anything else specific?
10   You said you weren't sure what people were saying.
11   Is there anything else that you recall hearing
12   being said by any of the three of them during this
13   period of time?
14        A.   The most vivid thing for me was Ross
15   screaming to call the police.
16        Q.   Do you remember if anything else,
17   though, was said?
18             I'm just testing your memory here.  You
19   don't remember any other specific words?
20        A.   Specifics?  No.
21        Q.   Looking at this diagram again, we have
22   Brian, Karen, and Wendy all in the same space as
23   you?
24        A.   Mmm-hmm.
```

1  Q. Were the three of them present while
2  this was happening?
3  A. Yes.
4  Q. And you're sure about that?
5  A. Absolutely.
6  Q. Did you observe whether any of the three
7  of them were watching this same event?
8  A. We were all watching.
9  Q. So you could see that everybody was
10 focussed on that?
11 A. Absolutely.
12 Q. You say you don't recall what was being
13 said or you didn't hear what was being said.
14     Is that because you don't remember it or
15 because you couldn't hear it?
16 A. Oh, I just don't remember the wording
17 specific. It's been awhile since the incident
18 happened but it was definitely loud enough for --
19 to know that they were having a very heated
20 discussion.
21     As to what specifically was going on, on
22 that desk at that point in time, I could not have
23 told you the words that were used in that
24 instance.

```
 1      Q.   Then you said that you saw David exit
 2  his office?
 3      A.   Mmm-hmm.
 4      Q.   You saw Ross put his arms around David
 5  to try to restrain him?
 6      A.   Very much so.
 7      Q.   What happened next?
 8      A.   David managed to wiggle out of Ross'
 9  grasp and David headed down the hall towards the
10  back entrance and Ross followed him.
11      Q.   This diagram has an arrow on it in that
12  hallway.  Is that the direction that you observed
13  David?
14      A.   That is correct.
15      Q.   And you saw Ross Anderson follow him?
16      A.   That is correct.
17      Q.   Did you see where David went at that
18  point?
19      A.   Did not.
20      Q.   How about Ross?  Did you see where he
21  went?
22      A.   I just saw they were headed in that
23  direction.  My attention then focussed on Kurt.
24      Q.   And why was that?
```

**PERLIK and COYLE REPORTING**