UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-30102-KPN

| | |
|---|---|
| SPIRITUAL TREES d/b/a TREE SPIRIT and DAVID V. DUNN,<br>　　Plaintiffs | )<br>)<br>)<br>) |
| vs. | )<br>) |
| LAMSON AND GOODNOW MANUFACTURING COMPANY and J. ROSS ANDERSON, JR.,<br>　　Defendants | )<br>)<br>)<br>) |

## CERTIFICATION

The undersigned states, in accordance with Rule 7.1(A)(2) of the Local Rules of the United States District Court for the District of Massachusetts that she has conferred with defendants' counsel, Kevin C. Maynard. On December 8, 2005 at approximately 2:45 p.m., counsel for the parties, in addition to discussing other matters, attempted in good faith to resolve or narrow the issue that is the subject of Plaintiffs' Motion to Compel Further Production of Documents Pursuant to Federal Rule of Civil Procedure 37(a). Counsel for the parties were unable to resolve or narrow the issue.

THE PLAINTIFFS,
SPIRITUAL TREES d/b/a TREE SPIRIT
and DAVID V. DUNN

By      /s/ Patricia M. Rapinchuk
Patricia M. Rapinchuk, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.:  556149

415081

CERTIFICATE OF SERVICE

I, Patricia M. Rapinchuk, Esq., hereby certify that on this 19th day of December, 2005, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel, Kevin C. Maynard, Esq., Bulkley Richardson and Gelinas, LLP, 1500 Main Street, Suite 2700, Springfield, MA, 01115.

Subscribed under the penalties of perjury.

_____/s/ Patricia M. Rapinchuk_____
Patricia M. Rapinchuk, Esq.

415081