UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30102-KPN

| | |
|---|---|
| SPIRITUAL TREES d/b/a TREE SPIRIT and DAVID V. DUNN<br>　　　　Plaintiffs<br><br>v.<br><br>LAMSON AND GOODNOW MANUFACTURING COMPANY and J. ROSS ANDERSON, JR.<br>　　　　Defendants | DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS |

Defendants and Plaintiffs-in-Counterclaim Lamson and Goodnow Manufacturing Company (Lamson and Goodnow") and J. Ross Anderson, Jr. ("Anderson"), pursuant to Fed. R. Civ. P. 47(a), propose the following voir dire questions in addition to the Court's customary and usual questions:

1. The plaintiffs and defendants-in-counterclaims in this trial are an individual named David Dunn, who is a resident of Brattleboro, Vermont and a company called Spiritual Trees, Inc., which formerly did business as "Tree Spirit". Do you or any member of your immediate family, including your spouse, children, brothers or sisters, or close friends know David Dunn or anyone in his family?

2. The attorney representing the plaintiffs in this matter is Patricia Rapinchuk of the law firm of Robinson & Donovan, P.C. of Springfield, Massachusetts. Do you or any of your close family members or friends know Ms. Rapinchuk? Do you or any of your close family members or friends know any attorney or other person working with this law firm?

3. The defendants and plaintiffs-in-counterclaim in this trial are Lamson and Goodnow Manufacturing Co. and its President, J. Ross Anderson, Jr., who goes

by "Ross". The attorney representing Lamson and Goodnow Manufacturing Co. and J. Ross Anderson in this case is Kevin Maynard of the law firm of Bulkley, Richardson & Gelinas, LLP of Springfield, Massachusetts. Do you or any of your close family members or friends know Mr. Maynard? Do you or any of your close family members of friends know any attorney or other person working with this law firm? Do you or any of your close family members or friends know Mr. Anderson?

4. In addition to the parties, the following persons may be called as witnesses at this trial:

    David Dunn

    Wendy Brewer

    Kim Curtis

    Paul Coburn

    Tony Ostroski

    Bruce Vogt

    Jack Laakso

    Dan Kanner

    Vikki Dunn

    Melissa Italia

    J. Ross Anderson, Jr.

    Susan Atherton

    Peter J. Blackmore

    Chief James Hicks, Buckland Police Dept.

    Brian Koshinsky

        Karen Morse

        David Perrico

        Cathy Roberts

        Marcia Tetreault

        Barbara Wallace

        Nicoletta M. Welsh

        Kurt Zanner

Do you or your close family members or fiends know any of these witnesses?

5. Have you or any close family members or friends ever worked at Lamson and Goodnow Manufacturing Co. or any other company with the Lamson and Goodnow name?

6. Do you or any of your close family members or friends know any individual currently or formerly employed by Lamson and Goodnow Manufacturing Co. or any other company with the Lamson and Goodnow name?

7. Have you or your close family members or friends ever had any business relationship with Lamson and Goodnow Manufacturing Co. or any other company with the Lamson and Goodnow name?

8. Have you or your close family members or friends ever been involved in any kind of dispute with Lamson and Goodnow Manufacturing Co. or any other company with the Lamson and Goodnow name?

9. Have you or your close family members or friends ever been involuntarily terminated by an employer?

10. This case involves a dispute between a manufacturing company and its president Lamson and Goodnow and Anderson, and a company – Spiritual Trees – that sold

certain assets to Lamson and Goodnow, and that company's president, -- David Dunn – who eventually became a Lamson and Goodnow employee and was later terminated. Is there any reason that you cannot be a fair and impartial juror in such a case?

11. I will instruct you that all parties are equal before the law, and that it makes no difference whether a party is a corporation or a brokerage firm or a natural person. You must treat each of these parties as equals in a court of justice. Is there any reason that you cannot follow this instruction?

12. I will instruct you that our system of law does not permit jurors to be governed by sympathy, prejudice or public opinion. The jury must carefully and impartially consider all of the evidence in the case, follow the law as stated by the Court, and reach a just verdict, regardless of the consequences. Is there any reason you cannot follow that instruction?

13. Is there any reason at all why you feel that you could not decide the issues presented to you in this case in a fair and impartial manner?

Dated: December 30, 2005

Defendants
LAMSON AND GOODNOW
MANUFACTURING COMPANY and
J. ROSS ANDERSON, JR.
By Their Attorneys:

/s/ Kevin C. Maynard

Kevin C. Maynard, BBO No. 550669
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115-5507
Tel.: (413) 272-6244
Fax: (413) 272-6804

Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic filing and mail on December 30, 2005.

/s/ Kevin C. Maynard
Kevin C. Maynard

#316768                                    4