

Patricia M. Rapinchuk, Esq.                            prapinchuk@robinson-donovan.com

December 30, 2005

**VIA E-FILE**

Clerk's Office
U.S. District Court – Western Division
Federal Building & Courhouse
1500 Main Street
Springfield, MA 01103

    RE:    Spiritual Trees d/b/a Tree Spirit and David V. Dunn
            vs. Lamson and Goodnow Manufacturing Company and
            J. Ross Anderson, Jr.
            United States District Court
            Civil Action No. 3:04-CV-30102

Dear Sir/Madam:

    Please be advised that the Plaintiffs' wish to withdraw their Motion To Compel Production of Documents with supporting Memorandum. The Defendants have provided the Plaintiffs with the documents that were the subject of the Motion. The Motion is #28 on the Docket Sheet.

    Thank you for your assistance in this regard.

                                              Very truly yours,

                                              Patricia M. Rapinchuk

PMR/tar

cc: Kevin C. Maynard

417145

ROBINSON DONOVAN, P.C.
MAIN OFFICE: 1500 Main Street, Suite 1600 • Post Office Box 15609 • Springfield, MA 01115-5609 • 413-732-2301 • Fax: 413-785-4656
Northampton Office: 16 Armory Street • Northampton, MA 01060 • 413-587-9853
www.robinson-donovan.com