UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-30102-KPN

| | |
|---|---|
| SPIRITUAL TREES d/b/a TREE SPIRIT and DAVID V. DUNN,<br> Plaintiffs | )<br>)<br>)<br>) |
| vs. | )<br>) |
| LAMSON AND GOODNOW MANUFACTURING COMPANY and J. ROSS ANDERSON, JR.,<br> Defendants | )<br>)<br>)<br>) |

### PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE AN OBJECTION TO DEFENDANTS' MOTION TO COMPEL PRODUCTION OF ELECTRONIC VERSION OF E-MAIL DOCUMENTS

NOW COME the plaintiffs, Spiritual Trees d/b/a Tree Spirit and David V. Dunn, and move this Court for an extension of time in which to file their objection to the Defendants' Motion To Compel Production of Electronic Version of E-Mail Documents ("Motion To Compel").

As grounds therefore, the plaintiffs state that the Defendants' Motion To Compel was E-filed on December 15, 2005. Plaintiffs' counsel was out of state on vacation from December 15 to December 18, 2005, without access to e-mail, and returned to the office on December 19, 2005. Plaintiffs' counsel became aware of the Defendants' Motion to Compel on December 19, 2005 when she found a copy of said Motion in her mail. The copy was date stamped by her secretary as having been received on December 16, 2005. (See date stamped copy of Defendants' Motion to Compel, attached hereto as Exhibit A). Plaintiffs' counsel did not check the date on the E-

417148

filing notice from the Court and mistakenly believed that the opposition to the Motion was due on December 30, 2005, or 14 days from December 16th.

Since returning from vacation on December 19, 2005, undersigned counsel has done extensive work on this case, including preparing a Motion to Compel Further Production of Documents, Proposed Jury Instructions, Proposed Special Questions, and a Joint Pre-Trial Memorandum. Because of this, a heavy workload on other cases and the intervening Holiday, Plaintiffs' counsel has not had the opportunity to adequately oppose the Defendants' Motion to Compel.

For these reasons, the plaintiffs request that the Court grant them an additional two business days, or until the close of business on January 5, 2005, to file their opposition to the Defendants' Motion To Compel.

THE PLAINTIFFS
SPIRITUAL TREES d/b/a TREE SPIRIT
and DAVID V. DUNN


By     */s/ Patricia M. Rapinchuk*
Patricia M. Rapinchuk, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.:  556149

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 30, 2005.

     */s/ Patricia M. Rapinchuk*
Patricia M. Rapinchuk

417148