UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30102-KPN

| | |
|---|---|
| SPIRITUAL TREES d/b/a TREE SPIRIT and DAVID V. DUNN<br>Plaintiffs<br><br>v.<br><br>LAMSON AND GOODNOW MANUFACTURING COMPANY and J. ROSS ANDERSON, JR.<br>Defendants | DEFENDANTS' MOTION TO COMPEL PRODUCTION OF ELECTRONIC VERSION OF E-MAIL DOCUMENTS<br><br>**SPECIAL ACTION REQUESTED: EXPEDITED TREATMENT** |

Defendants Lamson and Goodnow Manufacturing Company and J. Ross Anderson, Jr. hereby move pursuant to Fed. R. Civ. P. 37(a) for an order compelling plaintiffs David Dunn and Spiritual Trees, Inc. to make available for inspection and copying by a computer forensics technician any electronic version of a certain purported April 17, 2002 e-mail from plaintiff Dunn to defendant Anderson, and purported attachments to that e-mail. Because trial of this action is scheduled for January 23, 2006, defendants request that a determination of this motion be expedited.

The grounds for this motion, more fully set forth in the accompanying Memorandum in Support of Defendants' Motion to Compel Production of Electronic Version of E-Mail Documents, are that defendants have recently uncovered evidence indicating that plaintiff Dunn has manufactured evidence in the case, causing suspicion that Dunn engaged in a pattern of similar conduct and that the subject e-mail addressed to defendant Anderson and its attachments – which Anderson has testified he did not receive – may also have been manufactured or otherwise not sent as asserted. Review of the electronic version of the document falls within the scope of Request No. 1 of defendants' Rule 34 document request, which asked for:

"All documents concerning any communications between you and Lamson and Goodnow regarding the commission payments or late fees that you claim are owed pursuant to the Agreement."

and is necessary in order to attempt to obtain data which may be embedded therein and which may provide additional information regarding the creation, transmission and genuineness of the documents.

Accordingly, defendants request that the Court order that plaintiffs make available to defendants and a computer forensics technician of defendants' choice, at a date, time and location mutually agreed upon but within three (3) business days of the Court's order, any electronic version of the April 17, 2002 e-mail from David Dunn to Ross Anderson and its purported attachments, and that defendants be given the opportunity to inspect and copy any such electronic version of those documents.

### Rule 37(a)(2) Certification

The undersigned certifies that he has in good faith conferred with plaintiffs' counsel in an effort to secure the requested disclosure without court action.

### Request for Expedited Hearing

Defendants request a hearing on this motion, and further request that such a hearing, if deemed by the Court to be necessary or appropriate, be expedited.

Dated: December 15, 2005

Defendants
LAMSON AND GOODNOW
MANUFACTURING COMPANY and
J. ROSS ANDERSON, JR.
By Their Attorneys:

_____
Kevin C. Maynard, BBO No. 550669
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115-5507
Tel.: (413) 272-6244 / Fax: (413) 272-6804

---

**Certificate of Service**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic filing and mail on December 15, 2005.

_____
Kevin C. Maynard

#315608          2