UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-30102-KPN

| | |
|---|---|
| SPIRITUAL TREES d/b/a TREE SPIRIT and DAVID V. DUNN,<br>    Plaintiffs | )<br>)<br>)<br>) |
| vs. | )<br>) |
| LAMSON AND GOODNOW MANUFACTURING COMPANY and J. ROSS ANDERSON, JR.,<br>    Defendants | )<br>)<br>)<br>) |

## **CERTIFICATION**

The undersigned states, in accordance with Rule 7.1(A)(2) of the Local Rules of the United States District Court for the District of Massachusetts that she has conferred with defendants' counsel, Kevin C. Maynard.  On December 30, 2005 at approximately 2:45 p.m., counsel for the parties, attempted in good faith to resolve or narrow the issue that is the subject of Plaintiffs' Motion For Extension of Time To File an Objection to Defendants' Motion To Compel Production of Electronic Version of E-Mail Documents pursuant to Federal Rule of Civil Procedure 37(a).  Counsel for the parties were unable to resolve or narrow the issue.

THE PLAINTIFFS,
SPIRITUAL TREES d/b/a TREE SPIRIT
and DAVID V. DUNN


By     */s/ Patricia M. Rapinchuk*
Patricia M. Rapinchuk, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.:  556149

417152

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 30, 2005.

                                                        /s/ Patricia M. Rapinchuk
                                                     Patricia M. Rapinchuk

417152