# David Dunn

**From:** David Dunn [DVDunn@Lamsonsharp.com]
**Sent:** Wednesday, April 17, 2002 9:18 AM
**To:** Ross Anderson
**Subject:** Tree Spirit Commissions - Final Figures

 

All Tree Spirit Product Sales....    All Sales By Product Report.sn...

Ross,

I have attached two reports that show the final Tree Spirit Commissions.  These figures do not match the G/L because we have added/changed some of the product profiles.  Nevertheless this is a very good ballpark of the detail.

Let's discuss after you have a chance to review the documents.


David Dunn for Tree Spirit

*[handwritten: Same Message Richtext Format]*

1

## David Dunn

**From:** David Dunn [DVDunn@Lamsonsharp.com]
**Sent:** Wednesday, April 17, 2002 9:18 AM
**To:** Ross Anderson
**Subject:** Tree Spirit Commissions - Final Figures

Ross,

I have attached two reports that show the final Tree Spirit Commissions. These figures do not match the G/L because we have added/changed some of the product profiles. Nevertheless this is a very good ballpark of the detail.

Let's discuss after you have a chance to review the documents.





David Dunn for Tree Spirit

04/17/02

D5A(3)

Tree Spirit Commissions - Final Figures - Message (HTML)

File  Edit  View  Insert  Format  Tools  Actions  Help

Reply | Reply to All | Forward

To: David Dunn [DWDunn@Lamsonsharp.com]
Sent: Wed 04/17/02 9:18 AM
Ross Anderson

Subject: Tree Spirit Commissions - Final Figures
Attachments: Tree Spirit Product Sales.snp (5 MB); All Sales by Product Report.snp (20 KB)

Ross

I have attached two reports that show the final Tree Spirit Commissions. These figures do not match the G/L because we have added/changed some of the product profiles. Nevertheless this is a very good ballpark of the detail.

Let's discuss after you have a chance to review the documents.

David Dunn for Tree Spirit