

**FILE COPY**

**Patricia M. Rapinchuk, Esq.**                                            prapinchuk@robinson-donovan.com

August 29, 2005

Kevin C. Maynard, Esq.
Bulkley Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115

    RE:    Spiritual Trees d/b/a Tree Spirit and David V. Dunn
              vs. Lamson and Goodnow Manufacturing Company and J. Ross Anderson, Jr.
              United States District Court
              Civil Action No.: 3:04-CV-30102-KPN

Dear Kevin:

    I write in response to your correspondence of August 24th and your previous verbal request to provide originals of the documents marked as Exhibit 18 to David Dunn's deposition. I have spoken with my client, and he has advised me that he does not have the original invoices. He believes that the original invoices, which were created on his personal laptop, were given to Lamson.

    I enclose, however, copies of two of the three invoices in question with handwritten notations which my client believes were made by him. He recently found these documents in a Tree Spirit file in his home. Mr. Dunn believes that someone at Lamson, possibly Sue Atherton, provided the voucher numbers and dates to him when the invoices were taken out of the system. I believe that Mr. Dunn testified at his deposition that voucher numbers are automatically assigned by the system once a payable item is entered, and that removing an item from the system would result in a gap in the voucher numbers. Now that we have located the two voucher numbers in question, I am requesting that your client provide us with a listing of the sequence of voucher numbers before and after the numbers on the invoices. If the voucher numbers are still in the system, please provide us with detail on the items corresponding to those numbers.

408069

August 29, 2005
Page 2

Please feel free to contact me if you have any questions.

Very truly yours,

/s/

Patricia M. Rapinchuk

PMR/jva – Enclosures
cc: David Dunn (w/out encs.)



As per our Agreement dated February 1, 2000, Commissions Due for <u>April 2000</u> are as follows:

## Commission Due Invoice

Invoice Date           :   May 9, 2000

Submitted to           :   Lamson & Goodnow Manufacturing Company
                           Conway St.
                           Shelburne Falls, MA 01370
                           Attn: Sue Atherton

Statement Time Period  :   April 1, 2000 – April 30, 2000

Gross Sales            :   $66,967.42
                       :   (provided by Sue Atherton/Tony Ostroski)
                       :   Exclusive of Freight and net of returns.

Commissions Due        :   $2,678.70   Basis 4.00% of Gross Sales

Payment Due Date       :   <u>June 15, 2000 (amends March Invoice also)</u>

Please make check payable to Spiritual Trees, Inc.

*Voucher ID # 04171  5/18/*



As per our Agreement date February 1, 2000, Commissions Due for <u>March 2000</u> are as follows:

## Commission Due Invoice

Invoice Date            :        April 16, 2000

Submitted to            :        Lamson & Goodnow Manufacturing Company
                                 Conway St.
                                 Shelburne Falls, MA 01370
                                 Attn: Sue Atherton

Statement Time Period   :        March 1, 2000 – March 31, 2000

Gross Sales             :        $82,695.73
                        :        (provided by Sue Atherton and Tony Ostrowski)

                        :        Exclusive of Freight and net of returns.

Commissions Due         :        $3,307.83    Basis 4.00% of Gross Sales

Payment Due             :        <u>May 1, 2000</u>

Please make check payable to Spiritual Trees, Inc.