UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.  3:04-CV-30102

| | |
|---|---|
| SPIRITUAL TREES d/b/a TREE SPIRIT and DAVID V. DUNN | ) ) |
| Plaintiffs, | ) |
| v. | ) ) |
| LAMSON AND GOODNOW MANUFACTURING COMPANY and J. ROSS ANDERSON, JR. | ) ) ) |
| Defendants | ) |

**DEFENDANTS' OPPOSITION TO MOTION IN LIMINE
REGARDING DISK OF E-MAILS**

Defendants Lamson and Goodnow Manufacturing Company and J. Ross Anderson, Jr.("Defendants") hereby oppose plaintiffs' Motion in Limine regarding a computer disk and voluminous e-mails to and from David Dunn contained thereon.

Neither the disk nor any e-mail on it appears to be responsive to any Rule 34 document request made by plaintiffs in the case, and the disk was not provided to plaintifs' counsel in response to any Rule 34 document request.  Rather, it was provided as an unnecessary courtesy after being discovered by defendants.  Plaintiffs do not assert that defendants have breached any discovery or disclosure obligation.  Rather, apparently fearful of the potential use of documents on cross-examination, Plaintiffs apparently complain about getting the disk weeks before trial, when defendants were not obliged to provide it at all!

Plaintiffs' motion should be denied.

Dated: January 23, 2006

Defendants
LAMSON AND GOODNOW
MANUFACTURING COMPANY
J. ROSS ANDERSON, JR.
By Their Attorneys:

/s/ Kevin C. Maynard

Kevin C. Maynard, BBO No. 50669
Bulkley, Richardson and Gelinas, LP
1500 Main Street, Suite 2700
Springfield, MA 01115-5507
Tel.: (413) 272-6244 / Fax: (413) 272-6804

---

Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic filing and hand on January 23, 2006.

/s/ Kevin C. Maynard
Kevin C. Maynard