UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO.: 04-30102-KPN

| | |
|---|---|
| SPIRITUAL TREES d/b/a TREE SPIRIT and DAVID V. DUNN<br>Plaintiffs | )<br>)<br>)<br>) |
| vs. | )<br>) |
| LAMSON AND GOODNOW MANUFACTURING COMPANY and J. ROSS ANDERSON, JR.<br>Defendants | )<br>)<br>)<br>) |

## WITNESS LIST

David Dunn
95 Chestnut Hill
Brattleboro, VT 05301

Wendy Brewer
13 Guilford Street
Brattleboro, VT 05301

Dan Kanner
21 Hickory Ridge Road
Weston, CT 06883

Melissa Italia
Workplace and Family Health
67 Main Street
Brattleboro, VT 05301

Kim Curtis
13 Railroad Road
Bernardston, MA 01337

Jack Laakso
Western Avenue
Brattleboro, VT 05301

Peter Blackmore
730 Old Wendell Road
Northfield, MA 01360

Vikki Dunn
95 Chestnut Hill
Brattleboro, VT 05301

THE PLAINTIFFS
SPIRITUAL TREES d/b/a TREE SPIRIT
and DAVID V. DUNN

By _/s/ Patricia M. Rapinchuk_
Patricia M. Rapinchuk, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301 Fax (413) 785-4658
BBO No.: 556149
prapinchuk@robinson-donovan.com

Date: January 23, 2006

418629