UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 3:04-CV-30102

SPIRITUAL TREES d/b/a TREE SPIRIT )
and DAVID V. DUNN )
         Plaintiffs, )
          )
v. )
          )
LAMSON AND GOODNOW )
MANUFACTURING COMPANY and )
J. ROSS ANDERSON, JR. )
         Defendants )

### Defendants/Plaintiffs-in-Counterclaim's
### Revised List of Witnesses and Revised Proposed Exhibit List

Defendants and Plaintifs-in-Counterclaim expect to call the following witnesses:

[Note: unless otherwise given, the business address of each is Lamson and Goodnow, 15 Greenfield St., Greenfield, MA 01301-1378].

J. Ross Anderson, Jr., Greenfield, MA

Susan Atherton, Buckland, MA

Peter J. Blackmore
TD BankNorth
215 Main Street
Brattleboro, VT

Chief James Hicks, Buckland Police Dept.
Buckland, MA

Brian Koshinsky, Greenfield, MA

Karen Morse, Buckland, MA

Cathy Roberts
Bank of Western Mass.
45 Greenfield Street
Greenfield, MA

Marcia Tetreault, Charlemont, MA

Barbara Wallace, Bank of Western Mass.
45 Federal Street
Greenfield, MA

Nicoletta M. Welsh, CPA, Welsh and Associates
277 Main Street
Greenfield, MA

Kurt Zanner, Northampton, MA

     Defendants and Plaintiffs-in-Counterclaim expect to introduce the following as exhibits at trial:

Note: Exhibits to which plaintiffs have voiced a possible objection are asterisked.

1. Asset Purchase Agreement, as executed 2/1/00;
2. Memorandum 1/25/00 from Anderson to Dunn, with notations;
3. Tree Spirit Sale Proposal to Lamson & Goodnow, 1/26/00;
4. Draft Asset Purchase Agreement 1/28/00, with notations;
5. Draft Asset Purchase Agreement 1/31/00, with notations;
6. "Tree Spirit" Commission Due Invoice 4/16/00;
7. "Tree Spirit" Commission Due Invoice 5/09/00;
8. "Tree Spirit" Commission Due Invoice 4/16/00, with notations;
9. "Tree Spirit" Commission Due Invoice 5/9/00 with notations;
10. "Tree Spirit" Commission Due Invoice 6/5/00, with (non-original) signature;
11. Draft Deferred Compensation Agreement, dated June, 2002;
12. Report titled Projects and Planning by David Dunn, March, 2000, with notations of J. Ross Anderson on cover*;
13. Notes by Nicoletta Welsh of 8/2/00 meeting with Ross Anderson, David Dunn and Sue Atherton;
14. Page 2 of Asset Purchase Agreement, with notations of Nicoletta Welsch*;
15. Draft letter to Ross Anderson from David V. Dunn, dated March 22, 2004;
16. String of e-mails between David Dunn and Vicki Dunn dated 3/22/04 regarding "March 22, 2004 letter reaffirming debt obligation";
17. Lamson and Goodnow Manufacturing Company's Financial Statements for Years Ended July 31, 2001 and 2000;
18. Lamson and Goodnow Manufacturing Company Financial Statements for Years Ended July 31, 2002 and 2001;

19. Lamson and Goodnow Manufacturing Company Financial Statements for Years Ended July 31, 2003 and 2002;

20. E-mail from David Dunn to Barbara Wallace and Ross Anderson dated 1/13/04, regarding "Statement With Regard to Lamson and Goodnow Financials";

21. E-mail from David Dunn to Ross Anderson dated 9/8/03 regarding "Notes to Financial 2003 Statements";

22. E-mail from David Dunn to Barbara Wallace, dated 10/10/03, regarding "Supplemental Lamson and Goodnow Information";

23. Demand for Payment, dated March 31, 2004 from David V. Dunn to Ross Anderson;

24. Two e-mails dated 7/10/00 regarding "Cash Flow Report W/O 7/10/00"*;

25. Collection of 4 e-mails to David Dunn 2000/2001*;

26. Log of Folder Contents: "System Administrator"*;

27. Portion of Lamson and Goodnow ("L&G") Payables Table;

28. Portion of L&G Payables Currency Table (3855-3876);

29. Portion of L&G Payables Line Currency Table (3862-3884);

30. Portion of L&G Payables Currency Table (4157-4192);

31. Portion of L&G Payables Line Currency Table (4159-4186);

32. N&B Express, Inc. invoice dated 4/24/00, and related documents;

33. Morris Transparent Box Co. invoice dated 10/29/99;

34. Digital video of L&G offices at Shelburne Falls;

35. Lechter's check to L&G in the amount of $557.16;

36. Buckland Police Department Incident Report dated 4/5/04 regarding Incident #04-70-OF;

37. L&G Consolidated Balance Sheet December 2003*;

38. Photo (still from digital video);

39. Photo (still from digital video);

40. Photo (still from digital video)*;

41. Photo (still from digital video)*;

42. Letter dated 4/6/04 Kurt Zanner to David Dunn;

43. Letter dated 4/14/05 Principal Financial Group to David Dunn*.