UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30102-KPN

| | |
|---|---|
| SPIRITUAL TREES d/b/a TREE SPIRIT and DAVID V. DUNN<br>Plaintiffs<br><br>v.<br><br>LAMSON AND GOODNOW MANUFACTURING COMPANY and J. ROSS ANDERSON, JR.<br>Defendants | )<br>)<br>)<br>)  DEFENDANTS' SUPPLEMENTAL<br>)  PROPOSED JURY INSTRUCTIONS<br>)<br>)<br>)<br>)<br>) |

Defendants and Plaintiffs-in-Counterclaim Lamson and Goodnow Manufacturing Company and J. Ross Anderson, Jr. submit the supplemental proposed jury instructions attached hereto.

Dated: January 30, 2006

Defendants
LAMSON AND GOODNOW
MANUFACTURING COMPANY and
J. ROSS ANDERSON, JR.
By Their Attorneys:

_____
Kevin C. Maynard
 BBO No. 550669
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115-5507
Tel.: (413) 272-6244 / Fax: (413) 272-6804

Certificate of Service
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic filimg and by hand on January 30, 2006.

_____
Kevin C. Maynard

**Modification of contract**

The parties to a contract can agree to replace the contract with a new contract, or to modify the terms of the contract. However, one party cannot unilaterally change the terms of the contract. There must be an agreement to replace or modify the contract.

*Sargent v. Tenaska, Inc.*, 914 F.Supp. 722 (D. Mass. 1996); *Simkins Indus., Inc. v. Jeppson*, 402 F.Supp. 1265 (D. Mass. 1975).

**Oral Modification of Written Contract**

A written contract can be modified by a subsequent oral agreement of the parties, even though the written contract purports to prohibit an oral modification.

*Xerox Financial Services Life Ins. v. High Plains*, 44 F.3d 1033, 1041 (1st Cir. 1995); *Cambridgeport Savings Bank v. Boersner*, 413 Mass. 432, 439 (1992); A. Farnsworth, *Contracts* §7.6, at 492 (1990).