UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SPIRITUAL TREES, INC. d/b/a          )
TREE SPIRIT and DAVID V. DUNN,       )
                    Plaintiffs       )
                                     )
                                     )
            v.                       )  Civil Action No. 04-30102-KPN
                                     )
                                     )
LAMSON AND GOODNOW                   )
MANUFACTURING COMPANY and            )
J. ROSS ANDERSON, JR.,               )
                    Defendants       )

<u>SPECIAL VERDICT</u>
January 31, 2006

I. **<u>Plaintiffs' Claims</u>**

   A. **<u>Breach of Contract (Tree Spirit v. Lamson Manufacturing)</u>**

   1. Has Lamson and Goodnow Manufacturing, Inc. ("Lamson Manufacturing") proven by a preponderance of the evidence its affirmative defense of contract modification, i.e., that the contract known as the Asset Purchase Agreement was modified such that the commissions to Spiritual Trees, Inc. ("Tree Spirit") were no longer due?



   _____ Yes                    ___✓___ No

**If you have answered "Yes" to question 1, you have entered a verdict in favor of Lamson Manufacturing on Tree Spirit's breach of contract claim as well as on Tree Spirit's intentional interference with contractual relations claim and must proceed to question 7. If you have answered "No," you have entered a verdict in favor of Tree Spirit on this breach of contract claim and must proceed to question 2.**

2. What amount of money will fairly and reasonably compensate Tree Spirit for its damages for Lamson Manufacturing's breach of contract?

$ _#161,478.64_ (in figures)

$ _ONE HUNDRED SIXTY ONE THOUSAND FOUR HUNDRED SEVENTY EIGHT_ (in words)
                                           + 64 CENTS

### B. Intentional Interference with Contractual Relations (Tree Spirit v. Mr. Anderson)

3. Has Tree Spirit proven by a preponderance of the evidence that Mr. Anderson intentionally induced or persuaded Lamson Manufacturing not to perform its obligations under the original Asset Purchase Agreement? (Again, you will answer this question only if you answered "No" to question 1.)



___✓___ Yes          _____ No

**If you have answered "Yes" to question 3, go on to question 4. If you have answered "No," you have entered a verdict in favor of Mr. Anderson on this claim and must proceed to question 7.**

4. Has Tree Spirit proven by a preponderance of the evidence that Mr. Anderson's interference with Lamson Manufacturing's performance of its obligations under the contract was done with malice, that is, a spiteful, malignant purpose unrelated to any legitimate corporate interest?



_____ Yes          ___✓___ No

**If you have answered "Yes" to question 4, go on to question 5. If you have answered "No," you have entered a verdict in favor of Mr. Anderson on this claim and must proceed to question 7.**

2

5. Has Tree Spirit proven by a preponderance of the evidence that Mr. Anderson's interference caused Tree Spirit damages?

_____ Yes          _____ No

**If you have answered "Yes" to question 5, go on to question 6. If you have answered "No," you have entered a verdict in favor of Mr. Anderson on this claim and must proceed to question 7.**

6. What amount of money will fairly and reasonably compensate Tree Spirit for its damages?

$ _____ (in figures)

$ _____ (in words)

### C. Breach of Implied Covenant of Good Faith and Fair Dealing (Tree Spirit and David Dunn v. Lamson Manufacturing and J. Ross Anderson, Jr.)

7. Have Plaintiffs proven by a preponderance of the evidence that Defendants terminated Mr. Dunn for the purpose of denying him a bonus that Lamson Manufacturing was otherwise obligated to pay?

_____ Yes          ___✓_____ No

**If you have answered "Yes" to question 7, go on to question 8. If you have answered "No," you have entered a verdict in favor of Defendants on this claim and must proceed to question 9.**

3

8.  What amount of money will fairly and reasonably compensate Plaintiffs for their damages?

$ _____ (in figures)

$ _____ (in words)


### D.  Assault and Battery (Mr. Dunn v. Mr. Anderson)

9.  Has Mr. Dunn proven by a preponderance of the evidence that Mr. Anderson committed an assault and battery on him?

_____✓_____ Yes              _____ No


**If you have answered "Yes" to question 9, go on to question 10.  If you have answered "No," you have entered a verdict in favor of Mr. Anderson on this claim and must proceed to question 11.**


10.  What amount of money will fairly and reasonably compensate Mr. Dunn for his damages for Mr. Anderson's assault and battery?

$ _30,330.00_ (in figures)

$ _THIRTY THOUSAND THREE HUNDRED THIRTY DOLLARS_ (in words)


### E.  False Imprisonment (Mr. Dunn v. Mr. Anderson)

11.  Has Mr. Dunn proven by a preponderance of the evidence that Mr. Anderson intentionally and unlawfully confined him and that Mr. Dunn was aware of or harmed by such confinement?

_____ Yes              _____✓_____ No


**If you have answered "Yes" to question 11, go on to question 12.  If you have answered "No," you have entered a verdict in favor of Mr. Anderson on this claim and must proceed to question 13.**

12.  What amount of money will fairly and reasonably compensate Mr. Dunn for his damages?

$ _____ (in figures)

$ _____ (in words)

## II.  Defendants' Counterclaims

### A.  Conversion (Lamson Manufacturing v. Mr. Dunn)

13.  Has Lamson Manufacturing proven by a preponderance of the evidence that Mr. Dunn is liable for conversion?

_____ Yes              ___✓___ No

**If you have answered "Yes" to question 13, go on to question 14.  If you answered "No," you have entered a verdict in favor of Mr. Dunn on this claim and must proceed to question 15.**

14.  What amount of money will fairly and reasonably compensate Lamson Manufacturing for its damages for Mr. Dunn's conversion?

$ _____ (in figures)

$ _____ (in words)

### B.  Breach of Fiduciary Duty (Lamson Manufacturing and Mr. Anderson v. Mr. Dunn)

15.  Have Defendants proven by a preponderance of the evidence that Mr. Dunn breached fiduciary duties owed by him?

_____ Yes              ___✓___ No

5

**If you have answered "Yes" to question 15, go on to question 16.  If you answered "No," you have entered a verdict in favor of Mr. Dunn on these claims and must proceed to question 20.**

    16.  Have Defendants proven by a preponderance of the evidence that Mr. Dunn's breach of fiduciary duty caused Lamson Manufacturing damages?

        _____ Yes                 _____ No

**If you have answered "Yes" to question 16, go on to question 17.  If you have answered "No," you have entered a verdict in favor of Mr. Dunn on this claim and must proceed to question 18.**

    17.  What amount of money will fairly and reasonably compensate Lamson Manufacturing for its damages?

    $ _____ (in figures)

    $ _____ (in words)

    18.  Have Defendants proven by a preponderance of the evidence that Mr. Dunn's breach of fiduciary duty caused Mr. Anderson damages?

        _____ Yes                 _____ No

**If you have answered "Yes" to question 18, go on to question 19.  If you have answered "No," you have entered a verdict in favor of Mr. Dunn on this claim and must proceed to question 20.**

19.  What amount of money will fairly and reasonably compensate Mr. Anderson for his damages?

$ _____ (in figures)

$ _____ (in words)

### C.  Abuse of Process (Lamson Manufacturing and Mr. Anderson v. Tree Spirit and Mr. Dunn)

20.  Have Defendants proven by a preponderance of the evidence that Plaintiffs used legal process in this action to accomplish an ulterior purpose for which the process was not intended, or that was not a legitimate process?

_____ Yes           ___✓___ No

**If you have answered "Yes" to question 20, go on to question 21.  If you answered "No," you have entered a verdict in favor of Plaintiffs on this claim and must proceed to the signature and date line at the end of this form.**

21.  Have Defendants proven by a preponderance of the evidence that Plaintiffs' abuse of process caused Lamson Manufacturing damages?

_____ Yes               _____ No

**If you have answered "Yes" to question 21, go on to question 22.  If you have answered "No," proceed to question 23.**

22.  What amount of money will fairly and reasonably compensate Lamson Manufacturing for its damages?

$ _____ (in figures)

$ _____ (in words)

7

23.  Have Defendants proven by a preponderance of the evidence that Plaintiffs' abuse of process caused Mr. Anderson damages?

_____ Yes                    _____ No

**If you have answered "Yes" to question 23, go on to question 23.  If you have answered "No," you have entered a verdict in favor of Plaintiffs on this claim and must proceed to the signature and date line at the end of this form.**

24.  What amount of money will fairly and reasonably compensate Mr. Anderson for his damages?

$ _____ (in figures)

$ _____ (in words)

**Complete the signature and date lines and return to the courtroom.**

_James M. Kromer_____                    _FEB 1, 2006_____
Foreperson                                  Date

8