UNITED STATES DISTRICT COURT
District of Massachusetts

| | |
|---|---|
| SPIRITUAL TREES, Inc. d/b/a/ ) <br> TREE SPIRIT, et al., ) <br>         Plaintiffs ) <br> ) <br> v. ) <br> ) <br> LAMSON & GOODNOW ) <br> MANUFACTURING, et al., ) <br>         Defendants ) | <u>JUDGMENT IN A CIVIL CASE</u> <br><br> Civil Action No. 04-30102-KPN |

☒  **Jury Verdict.**  This action came before the Court for a trial by jury on certain claims and counterclaims.  During the trial, Plaintiffs voluntarily dismissed Count VI and Defendants voluntarily dismissed Counterclaims I an VI.   The remaining issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.**  This action came to trial or hearing before the Court with regard to the Seventh and Eighth counterclaims.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the jury's February 1, 2006 verdict, finding liability and damages with respect to Counts I and IV of the complaint, judgment is entered for Plaintiffs in the amount of $191,808.64, with prejudgment interest at a rate of 12% per annum, calculated from the date of filing of the action, in the amount of $39,790.99, for a total award of $231,599.63.  Further judgment is entered in Defendants' favor on Counts II, III, V and VI and in Plaintiffs' favor on Counterclaims I, II, III, IV, V and VI.  Pursuant to the court's decision, judgment is entered in Plaintiffs' favor on Counterclaims VII and VIII.

February 3, 2006  
Date

Sarah A. Thornton  
Clerk

APPROVED AS TO FORM:

/s/ Kenneth P. Neiman  
Chief Magistrate Judge

By:   /s/ Bethaney A. Healy  
Deputy Clerk