UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30102-KPN

| | |
|---|---|
| SPIRITUAL TREES d/b/a TREE SPIRIT, INC. ) <br> and DAVID V. DUNN ) <br>       Plaintiffs ) <br> ) <br> v. ) <br> ) <br> LAMSON AND GOODNOW ) <br> MANUFACTURING COMPANY and ) <br> J. ROSS ANDERSON, JR. ) <br>       Defendants ) | DEFENDANTS' MOTION <br> TO AMEND JUDGMENT |

      Defendants Lamson and Goodnow Manufacturing and J. Ross Anderson, Jr., ("Defendants"), hereby move, pursuant to Fed. R. Civ. P. 59(e) to amend the judgment entered herein so as to correctly provide for an award of prejudgment interest. Specifically, Defendants request that the judgment entered herein be amended to include a re-calculation of prejudgment interest on $87,097.16 awarded for contract damages at 12% per annum from January 24, 2006 to February 3, 2006 and deleting any other additional prejudgment interest on plaintiffs' contract damages.[1] The verdict and resulting judgment already contain prejudgment interest in the form of $74,381.48 in "late charges" calculated at 18% per annum (1.5% per month) through January 23, 2006.

      As is further set forth in the Memorandum in Support of Motion to Amend Judgment submitted herewith, the judgment as entered constitutes an inequitable windfall to plaintiffs in that it includes both the 18% contractually agreed interest rate, and a 12% statutory interest rate for the period since the action was filed on May 14, 2004, through January 23, 2006.

---

[1] Defendants do not contest the application of a 12% interest from the date of filing on the jury's award of damages on the assault and battery claim.

Accordingly, the Defendants request that its motion be allowed and the judgment be amended as requested.

Dated:  February 13, 2006

Defendants
LAMSON AND GOODNOW
MANUFACTURING COMPANY and
J. ROSS ANDERSON, JR.
By Their Attorneys:

/s/ Kevin C. Maynard
Kevin C. Maynard
  BBO No. 550669
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115-5507
Tel.:  (413) 272-6244
Fax:  (413) 272-6804

Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic filing and mail on February 13, 2006.

/s/ Kevin C. Maynard
Kevin C. Maynard

#325873

2