UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30102-KPN

| | |
|---|---|
| SPIRITUAL TREES d/b/a TREE SPIRIT, INC. and DAVID V. DUNN<br>    Plaintiffs<br><br>v.<br><br>LAMSON AND GOODNOW MANUFACTURING COMPANY and J. ROSS ANDERSON, JR.<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     DEFENDANTS' MOTION<br>FOR NEW TRIAL AND/OR<br>REMITTITUR |

Defendants Lamson and Goodnow Manufacturing and J. Ross Anderson, Jr., ("Defendants"), hereby move, pursuant to Fed. R. Civ. P. 59, for a new trial on the grounds set forth below. On one of those grounds, Defendants alternatively seek a remittitur. The motion is made on the grounds that 1) the jury herein acted improperly in deliberating between court-supervised deliberation sessions, and thereby failed to abide by the Court's instructions; and 2) the jury awarded contract in excess of what plaintiff David V. Dunn himself testified were his damages, failing to account for a "correction" plaintiff Dunn testified should have been made in his damage calculations. These grounds are further set forth in the supporting memorandum submitted herewith.

Dated: February 13, 2006

Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic filing and mail on February 13, 2006.

/s/ Kevin C. Maynard
Kevin C. Maynard

Defendants
LAMSON AND GOODNOW
MANUFACTURING COMPANY and
J. ROSS ANDERSON, JR.
By Their Attorneys:

/s/ Kevin C. Maynard
Kevin C. Maynard, BBO No. 550669
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115-5507
Tel.: (413) 272-6244 / Fax: (413) 272-6804