**Patricia M. Rapinchuk, Esq.**                                                   **(413) 732-2301**
                                                                    **prapinchuk@robinson-donovan.com**


February 14, 2006


**VIA E-FILE**

Clerk's Office
U.S. District Court – Western Division
Federal Building & Courhouse
1500 Main Street
Springfield, MA 01103

    RE:    Spiritual Trees d/b/a Tree Spirit and David V. Dunn
           vs. Lamson and Goodnow Manufacturing Company and
           J. Ross Anderson, Jr.
           United States District Court
           Civil Action No. 3:04-CV-30102

Dear Sir/Madam:

    Pursuant to Fed. R. Civ. P. 62, would you kindly cause to have issued a writ of execution in this matter for which judgment was entered on February 3, 2006.

    Thank you for your assistance in this regard.

                           Very truly yours,

                           */s/ Patricia M. Rapinchuk*

                           Patricia M. Rapinchuk

PMR/tar

420089