UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EXECUTION                              CIVIL ACTION NO. 04-30102-KPN

To the United States Marshal for the District of Massachusetts or either of his Deputies and to _____, Special Process Server:

WHEREAS   SPIRITUAL TREES, INC. d/b/a TREE SPIRIT, ET AL   has recovered judgment against   LAMSON & GOODNOW MANUFACTURING, ET AL   on the   3RD   day of   FEBRUARY  , for the sum of $   $191,808.64  , debt or damage, pre-judgment interest in the amount of $ $39,790.99  , and costs of this suit in the amount of $_____, as to us appears of record, whereof this First Execution remains to be done,

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $   $231,599.63  , in the whole, with interest thereon at the rate of   12%   from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at   Springfield  , Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this   15TH   day of   February, 2006.

SARAH A. THORNTON
CLERK OF COURT

SEAL

By:   /s/ Mary Finn
Deputy Clerk

**(Execution 1st.wpd - 2/2000)** **[writexec.]**

**(Execution 1st.wpd - 2/2000)** **[writexec.]**