UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO.: 04-30102-KPN

| | |
|---|---|
| SPIRITUAL TREES d/b/a TREE SPIRIT | ) |
| and DAVID V. DUNN | ) |
| Plaintiffs | ) |
| | ) |
| vs. | ) |
| | ) |
| LAMSON AND GOODNOW | ) |
| MANUFACTURING COMPANY and | ) |
| J. ROSS ANDERSON, JR. | ) |
| Defendants | ) |

**PLAINTIFFS' MOTION FOR REASONABLE COSTS**
**PURSUANT TO FED. R. CIV. P. 54(d)(1).**

The plaintiffs, Spiritual Trees d/b/a Tree Spirit and David V. Dunn, respectfully ask the

Court, pursuant to Fed. R. Civ. P. 54(d)(1), to direct the defendants, Lamson and Goodnow

Manufacturing Company and J. Ross Anderson, Jr., to pay the reasonable costs associated with

the plaintiffs litigating this action inasmuch as the plaintiffs are the prevailing party as to all

claims against them.  The plaintiffs submit a bill of costs with this Motion.

THE PLAINTIFFS
SPIRITUAL TREES d/b/a TREE SPIRIT
and DAVID V. DUNN

By _____
Patricia M. Rapinchuk, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301 Fax (413) 785-4658
BBO No.:  556149
prapinchuk@robinson-donovan.com

419860

2

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 16, 2006.

Patricia M. Rapinchuk, Esq.

419860

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO.: 04-30102-KPN

| | |
|---|---|
| SPIRITUAL TREES d/b/a TREE SPIRIT | ) |
| and DAVID V. DUNN | ) |
|     Plaintiffs | ) |
| | ) |
| vs. | ) |
| | ) |
| LAMSON AND GOODNOW | ) |
| MANUFACTURING COMPANY and | ) |
| J. ROSS ANDERSON, JR. | ) |
|     Defendants | ) |

## BILL OF COSTS PURSUANT TO FED. R. CIV. P. 54(d)(1)

NOW COME the plaintiffs, Spiritual Trees d/b/a Tree Spirit and David V. Dunn, and request the Clerk to tax the following costs and disbursements under the provisions of Rule 54(d)(1) of the Federal Rules of Civil Procedure. Judgment was entered in this action on February 3, 2006.

| Description | Amount |
|---|---|
| Docket Fee | $ 275.00 |
| Marshal's fee – Service of subpoena for Depositions of: | |
| Kim Curtis | $ 46.58 |
| Peter Blackmore | $ 53.22 |
| Transcription of deposition of: | |
| David Dunn (Vol. I) | $ 667.15 |
| David Dunn (Vo. II) | $ 436.15 |
| J. Ross Anderson, Jr. | $ 887.85 |
| Peter Blackmore | $ 275.00 |
| Wendy Brewer | $ 170.70 |
| Paul Coburn | $ 140.70 |
| Kim Curtis | $ 151.85 |
| Vikki Dunn | $ 142.50 |
| Melissa Italia | $ 170.70 |
| Dan Kanner | $ 121.35 |

419844

| | |
|---|---|
| Brian Koshinsky | $ 217.75 |
| Jack Laakso | $  84.35 |
| Karen Morse | $ 137.35 |
| Marcia Tetreault | $ 278.05 |
| Barbara Wallace | $ 126.05 |
| Nicoletta Welsh | $ 191.75 |
| Kurt Zanner | $ 432.15 |

Marshal's fee – Service of subpoena for Trial of:

| | |
|---|---|
| Peter Blackmore | $ 100.00 |
| Wendy Brewer | $ 100.00 |
| Kim Curtis | $  89.85 |
| Melissa Italia | $ 100.00 |
| Dan Kanner | $  75.00 |
| Jack Laakso | $ 100.00 |
| Nicoletta Welsh | $  89.58 |

Photocopies:
      Relevant pleadings for Trial Notebooks;
      Key documents binder; Excerpts of
      Deposition transcripts for use in direct
      and cross-examination of witnesses; Trial
      exhibits; Pre-trial, trial and post-trial
      memoranda and related submissions.

| | |
|---|---|
| (2,182 copies @ .20 per) | $ 436.40 |
| 24 x 36 Posterboard Exhibit for trial | $  26.78 |
| **Total** | **$6,123.81** |

THE PLAINTIFFS
SPIRITUAL TREES d/b/a TREE SPIRIT
and DAVID V. DUNN

By _____
Patricia M. Rapinchuk, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301 Fax (413) 785-4658
BBO No.:  556149
prapinchuk@robinson-donovan.com

418444

<u>VERIFICATION OF COST BILL</u>
(28 U.S.C. §1924)

State of Massachusetts
County of Hampden

      Before me, the undersigned Notary Public, Patricia M. Rapinchuk, duly appeared and was duly sworn.  Being so sworn, she state that she is the attorney of record for Spiritual Trees d/b/a Tree Spirit and David V. Dunn in this action and has knowledge of the facts relative to the costs and disbursements set out in this Cost Bill, that the items set out in the Cost Bill are correct, have been necessarily incurred in this action, and that he services charged for have been actually performed and were necessarily performed.

Patricia M. Rapinchuk, Esq.

      SUBSCRIBED AND SWORN BEFORE ME on February 16, 2006 at Springfield, Massachusetts, to certify which I place my signature and official seal.

Tara Ann Roche, Notary Public
My commission expires: 2/19/2010

418444