

**BULKLEY, RICHARDSON AND GELINAS, LLP**

LAW OFFICES  
1500 MAIN STREET, SUITE 2700  
POST OFFICE BOX 15507  
SPRINGFIELD, MA 01115-5507

TEL: (413) 781-2820  
FAX: (413) 272-6804

KEVIN C. MAYNARD  
DIRECT DIAL (413) 272-6244  
KMAYNARD@BULKLEY.COM

March 14, 2006

**BY ELECTRONIC FILING**

Judge Kenneth P. Neiman  
U.S. District Court of Massachusetts  
Western Division  
Federal Building and Courthouse  
1550 Main Street  
Springfield, MA 01103

    Re:    Spiritual Trees, d/b/a Tree Spirit and David V. Dunn vs.  
              Lamson and Goodnow Manufacturing Company and J. Ross Anderson, Jr.  
              Civil Action No. 04-30102-KPN

Dear Judge Neiman:

    Following our court appearance on March 10, 2006, the parties through counsel have agreed as follows:

- Defendants withdraw their objections to the Bill of Costs.
- An amended judgment shall reflect a reduction in damages of $425.00, to $191,383.64.
- The parties await the Court's determination of defendants' motion to further amend the judgment to exclude certain pre-judgment interest as described in that motion, which plaintiffs oppose.

                        Very truly yours,

                        /s/ Kevin C. Maynard

                        Kevin C. Maynard

KCM/cmc

cc:    Patricia M. Rapinchuk, Esq.