UNITED STATES DISTRICT COURT
District of Massachusetts

| | |
|---|---|
| SPIRITUAL TREES, d/b/a/ ) <br> TREE SPIRIT, et al., ) <br>       Plaintiffs ) <br> ) <br>       v. ) <br> ) <br> LAMSON & GOODNOW ) <br> MANUFACTURING, et al., ) <br>       Defendants ) | <u>AMENDED JUDGMENT IN A CIVIL CASE</u> <br><br> Civil Action No. 04-30102-KPN |

☒ **Jury Verdict.** This action came before the Court for a trial by jury on certain claims and counterclaims. During the trial, Plaintiffs voluntarily dismissed Count VI and Defendants voluntarily dismissed Counterclaims I and VI. The remaining issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court with regard to the Seventh and Eighth counterclaims. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the jury's February 1, 2006 verdict, judgment is entered for Plaintiffs in the amount of $30,330 on the assault and battery award. In accord with the court's March 23, 2006 Memorandum and Order with regard to Defendants' Motion to Amend Judgment, prejudgment interest at a rate of 12% per annum, calculated from the filing of the action, comes to $6,829.45, for a total award on the assault and battery claim of $37,159.45.

Pursuant to the jury's February 1, 2006 verdict, judgment is entered for Plaintiffs in the amount of $161,053.64 on contractual damages (a figure which reflects the parties' agreement to reduce those damages by $425). In accord with the court's March 23, 2006 Memorandum and Order with regard to Defendants' Motion to Amend Judgment,

prejudgment interest at a rate of 12% per annum, calculated from January 24, 2006, comes to $3,441.10, for a total award on the contractual damages of $164,494.74.

The total judgment is $201,654.19.

Further judgment is entered in Defendants' favor on Counts II, III, V and VI and in Plaintiffs' favor on Counterclaims I, II, III, IV, V and VI. Pursuant to the court's decision, judgment is entered in Plaintiffs' favor on Counterclaims VII and VIII.


| | |
|---|---|
| March 30, 2006 | Sarah A. Thornton |
| Date | Clerk |
| | |
| | APPROVED AS TO FORM: |
| | /s/ Kenneth P. Neiman |
| | United States Magistrate Judge |
| | |
| By: | /s/ Bethaney A. Healy |
| | Deputy Clerk |