UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30102-KPN

| | |
|---|---|
| SPIRITUAL TREES d/b/a TREE SPIRIT, INC. and DAVID V. DUNN<br>Plaintiffs<br><br>v.<br><br>LAMSON AND GOODNOW MANUFACTURING COMPANY and J. ROSS ANDERSON, JR.<br>Defendants | NOTICE OF APPEAL |

Notice is hereby given that Lamson and Goodnow Manufacturing and J. Ross Anderson, Jr., defendants in the above named case, hereby appeal to the United States Court of Appeals for the First Circuit from the amended judgment entered in this action on the 30th day of March, 2006.

Defendants
LAMSON AND GOODNOW
MANUFACTURING COMPANY and
J. ROSS ANDERSON, JR.
By Their Attorneys:

_____
Kevin C. Maynard, BBO No. 550669
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115-5507
Tel.: (413) 272-6244 / Fax: (413) 272-6804

Dated: April 28, 2006

Certificate of Service
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on April 28, 2006.

_____
Kevin C. Maynard