## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
### C.A. 04-30102-KPN

SPIRITUAL TREES, ET AL

USDC Docket Number

LAMSON & GOODNOW MFG. CO., ET AL

v.

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: #'s - 1 - 66

and contained in Volume(s) 1  are the original or electronically filed  pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on   April 28, 2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on  May 1, 2006.

Sarah A Thornton, Clerk of Court

By:     /s/ Mary Finn
        Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:              _____

O:\ClerksCertificate-COA.frm- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Springfield)
## CIVIL DOCKET FOR CASE #: 3:04-cv-30102-KPN

Spiritual Trees et al v. Lamson & Goodnow Mfg CO et al
Assigned to: Magistrate Judge Kenneth P. Neiman
Cause: 28:1441 Petition for Removal- Breach of Contract

Date Filed: 05/25/2004
Jury Demand: Both
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Spiritual Trees**
*doing business as*
Tree Spirit

represented by **Patricia M. Rapinchuk**
Robinson, Donovan,
1500 Main Street
Suite 1600
Springfield, MA 01115
413-732-2301
Fax: 413-785-4658
Email: prapinchuk@robinson-donovan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David V. Dunn**

represented by **Patricia M. Rapinchuk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Lamson & Goodnow Mfg CO**

represented by **Kevin C. Maynard**
Bulkley Richardson & Gelinas LLP
One Post Office Square
Suite 3700
Boston, MA 02109
617-368-2500
Email: KMaynard@bulkley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sandra J. Staub**
Allison, Angier & Bartmon LLP
69 South Pleasant Street
Amherst, MA 01002
413-253-9700

Fax: 413-256-0170
Email: sjs@aab-law.com
*TERMINATED: 08/12/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vanessa L. Smith**
Bulkley, Richardson and Gelinas, LLP
1500 Main Street
Suite 2700
Springfield, MA 01115-5507
413-272-6213
Fax: 413-747-0770
Email: vsmith@bulkley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**J. Ross Anderson, Jr.**                    represented by    **Kevin C. Maynard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sandra J. Staub**
(See above for address)
*TERMINATED: 08/12/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vanessa L. Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**J. Ross Anderson, Jr.**                    represented by    **Kevin C. Maynard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Lamson & Goodnow Mfg CO**                  represented by    **Kevin C. Maynard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**David V. Dunn**                    represented by **Patricia M. Rapinchuk**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Spiritual Trees**                  represented by **Patricia M. Rapinchuk**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/25/2004 | 1 | NOTICE OF REMOVAL by J. Ross Anderson Jr., Lamson & Goodnow Mfg CO from Franklin Superior Court filed. Case number: FRCV2004-00055. Filing fee of $150.00 paid. Receipt number 305628. Magistrate Judge Consent Form to Counsel. (Attachments: # 1)(Finn, Mary) (Entered: 05/26/2004) |
| 06/10/2004 | | Notice of correction to docket made by Court staff. Correction: Notice of Scheduling Conference corrected because: Event was deleted. Scheduling Conference is cancelled at this time. To date, no responsive pleading has been filed by Defendants, so the matter is not ripe for a conference. (Healy, Bethaney) (Entered: 06/10/2004) |
| 06/15/2004 | | Summons Issued as to J. Ross Anderson Jr., Lamson & Goodnow Mfg CO. (Finn, Mary) (Entered: 06/15/2004) |
| 06/15/2004 | 2 | All parties having consented to the random assignment to Magistrate Judge Neiman, this case will remain before the Magistrate Judge.. (Staub, Sandra) (Entered: 06/15/2004) |
| 06/15/2004 | | CONSENT to Jurisdiction by US Magistrate Judge. (This event is entered for statistical/dictionary purposes only. The consent was filed by the parties on 6/15/04.) (Healy, Bethaney) (Entered: 01/30/2006) |
| 06/21/2004 | 3 | SUMMONS Returned Executed as to Defts. J. Ross Anderson Jr. and Lamson & Goodnow Mfg CO. Served on 6/17/2004. Answer due 7/7/2004. (Finn, Mary) (Entered: 06/21/2004) |
| 06/22/2004 | 4 | CORPORATE DISCLOSURE STATEMENT by Spiritual Trees. (Rapinchuk, Patricia) (Entered: 06/22/2004) |
| 07/06/2004 | 5 | Defts' J. Ross Anderson Jr., Lamson & Goodnow Mfg CO.'s Assented to motion to ext. time to 7/23/2004 to resp. to the complaint filed. (Complaint containied in 1 notice of removal)(Finn, Mary) (Entered: 07/07/2004) |
| 07/06/2004 | 6 | NOTICE of Appearance by Vanessa L. Smith on behalf of J. Ross Anderson Jr., Lamson & Goodnow Mfg CO filed. (Finn, Mary) (Entered: 07/07/2004) |
| 07/06/2004 | 7 | Corporate Document disclosure by Lamson & Goodnow Mfg CO filed. (Finn, Mary) Modified on 7/7/2004 (Finn, Mary). (Entered: 07/07/2004) |

| 07/07/2004 | | Judge Kenneth P. Neiman : ELECTRONIC ENDORSED ORDER entered granting 5 Motion for Extension of Time to Answer. Reset answer due deadline for 7/23/2004 for J. Ross Anderson Jr., Lamson & Goodnow Mfg CO; cc/cl. (Finn, Mary) (Entered: 07/07/2004) |
|---|---|---|
| 07/23/2004 | 8 | ANSWER to Complaint with Jury Demand, and COUNTERCLAIM against David V. Dunn, Spiritual Trees by J. Ross Anderson Jr., Lamson & Goodnow Mfg CO. (Attachments: # 1 Exhibits)(Lindsay, Maurice) (Entered: 07/23/2004) |
| 07/30/2004 | 9 | NOTICE of Scheduling Conference ISSUED, cc:cl. Scheduling Conference set for 9/13/2004 at 10:30 AM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 07/30/2004) |
| 08/06/2004 | 10 | *Plaintiffs/Defendants-in-Counterclaim's* ANSWER to Counterclaim *by Defendants/Plaintiffs-in-Counterclaim* by David V. Dunn, Spiritual Trees.(Rapinchuk, Patricia) (Entered: 08/06/2004) |
| 08/12/2004 | 11 | NOTICE of Withdrawal of Appearance Attorney Sandra J. Staub terminated. (Staub, Sandra) (Entered: 08/12/2004) |
| 09/07/2004 | 12 | JOINT STATEMENT re scheduling conference. (Smith, Vanessa) (Entered: 09/07/2004) |
| 09/13/2004 | 13 | CERTIFICATION pursuant to Local Rule 16.1 by David V. Dunn, Spiritual Trees.(Rapinchuk, Patricia) (Entered: 09/13/2004) |
| 09/13/2004 | 14 | CERTIFICATION pursuant to Local Rule 16.1 by Lamson & Goodnow Mfg CO filed.(Finn, Mary) (Entered: 09/13/2004) |
| 09/13/2004 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Rapinchuk and Smith) appear for Initial Scheduling Conference held on 9/13/2004. Scheduling Order to issue. (Court Reporter Digital Recording.) (Healy, Bethaney) (Entered: 09/14/2004) |
| 09/13/2004 | 15 | Magistrate Judge Kenneth P. Neiman. SCHEDULING ORDER: setting auto discl. by 10/13/04; non-expert disc., incl. depos., compl. by 5/2/05; case mgmt conf. by 5/5/05 at 10:00 a.m.; Ps' expert discl. by 6/2/05; Ps' expert depos. by 7/1/05; Defts' expert discl by 8/1/05, with expert depos. comp. by 9/1/05, ENTERED, cc:cl. (Healy, Bethaney) (Entered: 09/14/2004) |
| 09/21/2004 | 16 | CERTIFICATION pursuant to Local Rule 16.1 by David V. Dunn, Spiritual Trees filed.(Finn, Mary) (Entered: 09/21/2004) |
| 11/23/2004 | 17 | MOTION for Leave to File *A Special Motion To Dismiss The Counterclaim/Count V* by David V. Dunn, Spiritual Trees.(Rapinchuk, Patricia) (Entered: 11/23/2004) |
| 11/23/2004 | 18 | MOTION to Dismiss *Counterclaim/Count V and For an Award of Attorney's Fees Pursuant to The Massachusetts Anti-Slapp Statute* by David V. Dunn, Spiritual Trees. (Attachments: # 1 Exhibit 1# 2 Exhibit |

| | | |
|---|---|---|
| | | 2# 3 Exhibit 3)(Rapinchuk, Patricia) (Entered: 11/23/2004) |
| 11/30/2004 | 19 | MOTION to Withdraw 17 MOTION for Leave to File *A Special Motion To Dismiss The Counterclaim/Count V*, 18 MOTION to Dismiss *Counterclaim/Count V and For an Award of Attorney's Fees Pursuant to The Massachusetts Anti-Slapp Statute* by David V. Dunn, Spiritual Trees. (Rapinchuk, Patricia) (Entered: 11/30/2004) |
| 12/02/2004 | | Judge Kenneth P. Neiman : ELECTRONIC ENDORSED ORDER entered granting the Pltf's 19 Motion to Withdraw 17 MOTION for Leave to File *A Special Motion To Dismiss The Counterclaim/Count V*, 18 MOTION to Dismiss *Counterclaim/Count V and For an Award of Attorney's Fees Pursuant to The Massachusetts Anti-Slapp Statute*; cc/cl. (Finn, Mary) (Entered: 12/02/2004) |
| 02/03/2005 | 20 | Joint MOTION for Protective Order by J. Ross Anderson, Jr, Lamson & Goodnow Mfg CO, Lamson & Goodnow Mfg CO, J. Ross Anderson, Jr. (Attachments: # 1 Exhibit A)(Maynard, Kevin) (Entered: 02/03/2005) |
| 02/04/2005 | | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER granting 20 Motion for Protective Order ENTERED, cc:cl. (Healy, Bethaney) (Entered: 02/07/2005) |
| 02/04/2005 | 21 | Magistrate Judge Kenneth P. Neiman. PROTECTIVE ORDER ENTERED, cc:cl. (Healy, Bethaney) (Entered: 02/07/2005) |
| 05/05/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Rapinchuk and Maynard) appear for Case Management Conference held on 5/5/2005. Colloquy re: status of discovery. Parties jointly request a 60-day continuance of dates in original scheduling order. Revised Scheduling Order to issue. (Court Reporter FTR.) (Healy, Bethaney) (Entered: 05/05/2005) |
| 05/05/2005 | 22 | Magistrate Judge Kenneth P. Neiman. SCHEDULING ORDER setting non-expert disc. incl. depos. compl by 7/29/05; Ps' expert discl by 9/2/05; Ps' expert depos. compl by 9/30/05; Ds' expert discl by 10/18/05; Ds' expert depos compl by 12/2/05; final pretrial conf. 1/9/06 at 3:00 p.m. in Courtroom Three; Trial to commence on 1/23/06 at 9:00 a.m. in Courtroom Three, ENTERED, cc:cl. (Healy, Bethaney) (Entered: 05/05/2005) |
| 05/05/2005 | 23 | Magistrate Judge Kenneth P. Neiman. PROCEDURAL ORDER ENTERED, cc:cl. See Order for details. (Healy, Bethaney) (Entered: 05/05/2005) |
| 12/15/2005 | 24 | MOTION to Compel *Production of Electronic Version of E-Mail Documents* by Lamson & Goodnow Mfg CO.(Maynard, Kevin) (Entered: 12/15/2005) |
| 12/15/2005 | 25 | MEMORANDUM in Support re 24 MOTION to Compel *Production of Electronic Version of E-Mail Documents* filed by Lamson & Goodnow Mfg CO. (Maynard, Kevin) (Entered: 12/15/2005) |
| 12/15/2005 | 26 | AFFIDAVIT in Support re 24 MOTION to Compel *Production of* |

| | | |
|---|---|---|
| | | *Electronic Version of E-Mail Documents* filed by Lamson & Goodnow Mfg CO. (Attachments: # 1 Exhibit A-D# 2 Exhibit E-F)(Maynard, Kevin) (Entered: 12/15/2005) |
| 12/15/2005 | 27 | AFFIDAVIT of Marcia Tetreault in Support re 24 MOTION to Compel *Production of Electronic Version of E-Mail Documents* filed by Lamson & Goodnow Mfg CO. (Attachments: # 1 Exhibit A-B# 2 Exhibit C-F) (Maynard, Kevin) (Entered: 12/15/2005) |
| 12/19/2005 | 28 | MOTION to Compel *Further Production of Documents* by Spiritual Trees, David V. Dunn.(Rapinchuk, Patricia) (Entered: 12/19/2005) |
| 12/19/2005 | 29 | MEMORANDUM in Support re 28 MOTION to Compel *Further Production of Documents* filed by Spiritual Trees, David V. Dunn. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L)(Rapinchuk, Patricia) (Entered: 12/19/2005) |
| 12/19/2005 | 30 | CERTIFICATE OF CONSULTATION re 28 MOTION to Compel *Further Production of Documents* by Patricia M. Rapinchuk on behalf of Spiritual Trees, David V. Dunn, Spiritual Trees, David V. Dunn by on behalf of Spiritual Trees, David V. Dunn, Spiritual Trees, David V. Dunn. Related document: 28 MOTION to Compel *Further Production of Documents* filed by Spiritual Trees,. David V. Dunn,.(Rapinchuk, Patricia) (Entered: 12/19/2005) |
| 12/30/2005 | 31 | MOTION in Limine *To Preclude Evidence Of Alleged Defamation By Kurt Zanner* by Lamson & Goodnow Mfg CO.(Maynard, Kevin) (Entered: 12/30/2005) |
| 12/30/2005 | 32 | Proposed Voir Dire by Lamson & Goodnow Mfg CO. (Maynard, Kevin) (Entered: 12/30/2005) |
| 12/30/2005 | 33 | Letter/request (non-motion) from Attorney Rapinchuk. (Rapinchuk, Patricia) Additional attachment(s) added on 12/30/2005 (Finn, Mary). (Entered: 12/30/2005) |
| 12/30/2005 | 34 | MOTION for Extension of Time to January 5, 2005 to File an Opposition *to Defendants' Motion to Compel Production of Electronic Version of E-Mail Documents* by Spiritual Trees, David V. Dunn. (Attachments: # 1 Exhibit A)(Rapinchuk, Patricia) (Entered: 12/30/2005) |
| 12/30/2005 | 35 | CERTIFICATE OF CONSULTATION re 34 MOTION for Extension of Time to January 5, 2005 to File an Opposition *to Defendants' Motion to Compel Production of Electronic Version of E-Mail Documents* by Patricia M. Rapinchuk on behalf of Spiritual Trees, David V. Dunn. (Rapinchuk, Patricia) (Entered: 12/30/2005) |
| 12/30/2005 | 36 | PRETRIAL MEMORANDUM by Spiritual Trees, David V. Dunn. (Attachments: # 1 Exhibit A1# 2 Exhibit A2# 3 Exhibit B)(Rapinchuk, Patricia) (Entered: 12/30/2005) |
| 12/30/2005 | | Motions terminated: 28 MOTION to Compel *Further Production of* |

| | | |
|---|---|---|
| | | *Documents* filed by Spiritual Trees,, David V. Dunn pursuant to the Letter 33 filed this date withdrawing the motion, documents having been provided. (Finn, Mary) Modified on 12/30/2005 to make a space between the words "Dunn" and "pursuant". (Finn, Mary). (Entered: 12/30/2005) |
| 01/03/2006 | ❍ | Magistrate Judge Kenneth P. Neiman: Electronic ORDER entered granting 34 Plaintiffs' Motion for Extension of Time until January 5, 2005, to file opposition to Defendants' Motion to Compel Production of Electronic Version of E-Mail Documents 24.(Olin, Nathan) (Entered: 01/03/2006) |
| 01/04/2006 | ❍37 | Opposition re 24 MOTION to Compel *Production of Electronic Version of E-Mail Documents* filed by Spiritual Trees, David V. Dunn. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9) (Rapinchuk, Patricia) (Entered: 01/04/2006) |
| 01/09/2006 | ❍ | Magistrate Judge Kenneth P. Neiman: Electronic ORDER entered denying 24 Defendants' Motion to Compel Production of Electronic Version of E-Mail Documents and granting 31 Defendants' Motion in Limine to Preclude Evidence of Alleged Defamation by Kurt Zanner. For the reasons stated in open court at the final pretrial conference this day, Defendants' motion to compel is DENIED and Defendants' motion in limine is ALLOWED.(Olin, Nathan) (Entered: 01/09/2006) |
| 01/09/2006 | ❍ | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman: Final Pretrial Conference held on 1/9/2006. Court hears argument and rules on Defendants' motions to compel and in limine (Document Nos. 24 and 31) and reviews final trial preparations. Counsel and parties to appear for jury trial at 9:00 a.m. on January 23, 2006. (Court Reporter: digital recording.)(Olin, Nathan) (Entered: 01/09/2006) |
| 01/20/2006 | ❍38 | MOTION in Limine by Spiritual Trees, David V. Dunn.(Rapinchuk, Patricia) (Entered: 01/20/2006) |
| 01/20/2006 | ❍39 | MOTION in Limine by Spiritual Trees, David V. Dunn.(Rapinchuk, Patricia) (Entered: 01/20/2006) |
| 01/23/2006 | ❍40 | Opposition re 38 MOTION in Limine *Regarding Disk of E-Mails* filed by Lamson & Goodnow Mfg CO, J. Ross Anderson, Jr. (Maynard, Kevin) (Entered: 01/23/2006) |
| 01/23/2006 | ❍41 | Opposition re 39 MOTION in Limine *Regarding Video* filed by Lamson & Goodnow Mfg CO, J. Ross Anderson, Jr. (Maynard, Kevin) (Entered: 01/23/2006) |
| 01/23/2006 | ❍ | ORAL MOTION made in open court to Voluntarily Withdraw Count 6 of Plaintiffs' Claims by Spiritual Trees.(Healy, Bethaney) (Entered: 01/23/2006) |
| 01/23/2006 | ❍ | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER granting [] Motion to Voluntarily Withdraw Count 6 of Plaintiffs' Complaint, ENTERED. (Healy, Bethaney) (Entered: 01/23/2006) |

| | | |
|---|---|---|
| 01/23/2006 | ❍ | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Rapinchuk and Maynard) appear for Jury Trial held on 1/23/2006. Jury impanelment commences at 9:45 a.m. Preliminary instructions from court and opening statements heard. Evidence commences with testimony from David Dunn. Court adjourns for day at 4:00 p.m., to reconvene at 9:00 a.m. on 1/24/06. (Digital Recording #FTR.) (Healy, Bethaney) (Entered: 01/24/2006) |
| 01/23/2006 | ❍42 | Witness List by Spiritual Trees, David V. Dunn. (Healy, Bethaney) (Entered: 01/25/2006) |
| 01/23/2006 | ❍43 | Witness List by Lamson & Goodnow Mfg CO, J. Ross Anderson, Jr. (Healy, Bethaney) (Entered: 01/25/2006) |
| 01/24/2006 | ❍ | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Rapinchuk and Maynard) appear for Jury Trial held on 1/24/2006. Evidence continues with testimony from David Dunn. Trial concludes at 4:10 p.m., to reconvene at 9:00 a.m. on 1/25/06. (Court Reporter Philbin & Associates.) (Healy, Bethaney) (Entered: 01/25/2006) |
| 01/25/2006 | ❍ | Magistrate Judge Kenneth P. Neiman: Electronic ORDER entered denying without prejudice 38 Plaintiffs' Motion in Limine regarding emails. For the reasons stated in open court on January 23, 2006, Plaintiffs' motion in limine regarding email evidence (Document No. 38) is denied without prejudice, while Plaintiffs' motion in limine regarding video evidence (Document No. 39) remains under advisement.(Olin, Nathan) (Entered: 01/25/2006) |
| 01/25/2006 | ❍ | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Rapinchuk and Maynard) and the parties appear for Jury Trial (Day Three) held on 1/25/2006. Evidence continues with testimony from David Dunn and Wendy Brewer. Trial concludes for the day at 1:15 p.m., to reconvene 1/26/06 at 9:00 a.m. (Court Reporter Philbin & Associates (Monaghan).) (Healy, Bethaney) (Entered: 01/26/2006) |
| 01/26/2006 | ❍ | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Rapinchuk and Maynard) appear for Jury Trial Day Four. Evidence continues with testimony from Wendy Brewer, Melissa Italia, Peter Blackmore, Dan Kanner, and Vikki Dunn. Plaintiffs rest at 3:30 p.m Sidebar conference. Defendants? case commences at 3:40 p.m. with testimony from J. Ross Anderson. Trial adjourns for the day at 4:00 p.m., to reconvene at 9:00 a.m. on 1/27/06. (Court Reporter Philbin & Associates (V. Lanou)) (Healy, Bethaney) (Entered: 01/26/2006) |
| 01/26/2006 | ❍ | MOTION (made in open court) for Judgment as a Matter of Law by Lamson & Goodnow Mfg CO, J. Ross Anderson, Jr.(Healy, Bethaney) (Entered: 01/27/2006) |
| 01/26/2006 | ❍ | Magistrate Judge Kenneth P. Neiman. ORAL ORDER denying [] Motion for Judgment as a Matter of Law ENTERED. DENIED for the reasons |

| | | set forth in court this day. (Healy, Bethaney) (Entered: 01/30/2006) |
|---|---|---|
| 01/27/2006 | ◔ | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Rapinchuk and Maynard) appear for Jury Trial Day Five held on 1/27/2006. Defendants' case continues with testimony from Nicoletta Welsh, Barbara Wallace and J. Ross Anderson. Trial adjourns for the day at 4:05, to recommence on 1/30/06 at 9:00 a.m. (Court Reporter Philbin & Associates (L. Gershowitz)) (Healy, Bethaney) (Entered: 01/30/2006) |
| 01/30/2006 | ◔44 | Supplemental Proposed Jury Instructions by Lamson & Goodnow Mfg CO, J. Ross Anderson, Jr. (Healy, Bethaney) (Entered: 01/30/2006) |
| 01/30/2006 | ◔ | Judge Kenneth P. Neiman : Electronic ORDER entered granting after hearing 39 Plaintiffs' Motion in Limine with regard to videotape for the reasons stated in court this day. (Neiman, Kenneth) (Entered: 01/30/2006) |
| 01/30/2006 | ◔ | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Rapinchuk and Maynard) appear for Jury Trial Day Six held on 1/30/2006. Evidence continues with testimony from J. Ross Anderson, Susan Atherton, Marcia Tetrault, Tony Ostrowski, and Kurt Zanner. Trial adjourns for the day at 4:25 p.m., to reconvene on 1/31/06 at 9:00 a.m. (Court Reporter Philbin & Associates- S. Mubarek.) (Healy, Bethaney) (Entered: 01/31/2006) |
| 01/31/2006 | ◔ | ORAL MOTION (made in open court) to Voluntarily Dismiss the Breach of Contract count in the Counterclaim and, to withdraw the promissory estoppel claim in the counterclaim (realted to ruling on jury instructions) by Lamson & Goodnow Mfg CO, J. Ross Anderson, Jr.(Healy, Bethaney) Modified (to correct language in motion) on 2/2/2006 (Healy, Bethaney). (Entered: 01/31/2006) |
| 01/31/2006 | ◔ | Magistrate Judge Kenneth P. Neiman. ORAL ORDER granting [] Motion to Voluntarily Dismiss Count I of the Counterclaim, ENTERED. (Healy, Bethaney) (Entered: 01/31/2006) |
| 01/31/2006 | ◔ | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Rapinchuk and Maynard) appear for Jury Trial Day Seven. Evidence continues with testimony from Kurt Zanner. Defendants rests. Sidebar conference and Plaintiff's Motion for Judgment as a Matter of Law filed. Plaintiffs calls rebuttal witness, David Dunn. Plaintiffs rest. Defendants file renewed motion for judgment as a matter of law. Sidebar conference. Jury excused for lunch. Counsel receive proposed instructions from the court at 11:35 a.m. Charge conference at 12:00 p.m. Closing arguments heard. Jury charge commences at 3:35 p.m. Jury deliberations commence at 4:05 p.m. Jury returns to courtroom at 5:05 p.m.- no verdict returned at this time. Court adjourned for the day at 5:10 p.m., to reconvene at 9:00 a.m. on 2/1/06. Jury Trial held on 1/31/2006. (Court Reporter Philbin & Associates (Sarah Mubarek).) (Healy, Bethaney) (Entered: 01/31/2006) |
| 01/31/2006 | ◔45 | MOTION for Judgment as a Matter of Law by Spiritual Trees, David V. |

| | | Dunn.(Healy, Bethaney) (Entered: 02/02/2006) |
|---|---|---|
| 01/31/2006 | 46 | MOTION for Judgment as a Matter of Law at the Close of Evidence by Lamson & Goodnow Mfg CO, J. Ross Anderson, Jr.(Healy, Bethaney) (Entered: 02/02/2006) |
| 02/01/2006 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Rapinchuk and Maynard) appear for Jury Trial Day Eight held on 2/1/2006. Jury submits question at 9:05 a.m. After discussion with counsel regarding the question, the jury is brought in and court addresses question. Jury verdict reported at 11:00 a.m. Order re: Jury Contact provided to counsel. Jury verdict returned at 11:10 a.m. Jury discharged at 11:25 a.m., with instruction that their service is completed. (Court Reporter Philbin & Associates (Sarah Mubarek).) (Healy, Bethaney) (Entered: 02/02/2006) |
| 02/01/2006 | 47 | JURY VERDICT returned by the jury. See Special Verdict form for details. (Healy, Bethaney) (Entered: 02/02/2006) |
| 02/02/2006 | | Judge Kenneth P. Neiman : Electronic ORDER entered finding moot so much of 45 Plaintiffs' Motion for Judgment as a Matter of Law as addresses Counterclaims 1 (promissory estoppel) and 6 (contract), Counterclaim 1 having been voluntarily withdrawn by Defendants in light of the court's acceptance of Defendants' proposed jury instructions on contract modification and Counterclaim 6 having been voluntarily withdrawn by Defendants, and otherwise denying Plaintiffs' motion for the reasons explained to counsel in court. The court also denies 46 Defendants' Motion for Judgment as a Matter of Law for the reasons stated in court. (Neiman, Kenneth) (Entered: 02/02/2006) |
| 02/02/2006 | | Judge Kenneth P. Neiman : ORDER entered after trial dismissing Defendants' chapter 93A counterclaims, Nos. 7 and 8, the jury having rendered a verdict to Plaintiffs on all of Defendants' remaining counterclaims upon which, at least in part, Defendants' chapter 93A claims were dependent. (Neiman, Kenneth) (Entered: 02/02/2006) |
| 02/03/2006 | 48 | Chief Magistrate Judge Kenneth P. Neiman. JUDGMENT in favor of Plaintiffs against Defendants ENTERED, cc:cl. See Judgment for further details.(Healy, Bethaney) (Entered: 02/03/2006) |
| 02/13/2006 | 49 | MOTION to Alter Judgment by Lamson & Goodnow Mfg CO, J. Ross Anderson, Jr.(Maynard, Kevin) (Entered: 02/13/2006) |
| 02/13/2006 | 50 | MEMORANDUM in Support re 49 MOTION to Alter Judgment filed by Lamson & Goodnow Mfg CO, J. Ross Anderson, Jr. (Maynard, Kevin) (Entered: 02/13/2006) |
| 02/13/2006 | 51 | MOTION for New Trial *And/Or Remittitur* by Lamson & Goodnow Mfg CO, J. Ross Anderson, Jr.(Maynard, Kevin) (Entered: 02/13/2006) |
| 02/13/2006 | 52 | MEMORANDUM in Support re 51 MOTION for New Trial *And/Or Remittitur* filed by Lamson & Goodnow Mfg CO, J. Ross Anderson, Jr. (Maynard, Kevin) (Entered: 02/13/2006) |

| 02/14/2006 | ●53 | Letter/request (non-motion) from Patricia M. Rapinchuk. (Rapinchuk, Patricia) (Entered: 02/14/2006) |
|---|---|---|
| 02/15/2006 | ●54 | WRIT of of Execution in the amount of $231,599.63 issued by the Court. Origianal to counsel. (Finn, Mary) (Entered: 02/15/2006) |
| 02/15/2006 | ●55 | Letter/request (non-motion) from Kevin C. Maynard. (Maynard, Kevin) (Entered: 02/15/2006) |
| 02/15/2006 | ●56 | MOTION to Stay *of Execution* by Lamson & Goodnow Mfg CO, J. Ross Anderson, Jr.(Maynard, Kevin) (Entered: 02/15/2006) |
| 02/16/2006 | ●57 | BILL OF COSTS by Spiritual Trees, David V. Dunn. (Rapinchuk, Patricia) (Entered: 02/16/2006) |
| 02/23/2006 | ● | NOTICE of Hearing ISSUED. Telephone Conference re: status of writ of execution set for 2/23/2006 at 2:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. Clerk will initiate the conference call. (Healy, Bethaney) (Entered: 02/23/2006) |
| 02/23/2006 | ● | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Rapinchuk and Maynard) appear telephonically for Conference re: Writ of Execution held on 2/23/2006. Parties agree on the record that Plaintiffs will not attempt to execute the writ issued by the clerk's office pending outcome of the motion to stay. (Court Reporter FTR.) (Healy, Bethaney) (Entered: 02/24/2006) |
| 02/27/2006 | ●58 | Opposition re 49 MOTION to Alter Judgment filed by Spiritual Trees, David V. Dunn. (Rapinchuk, Patricia) (Entered: 02/27/2006) |
| 02/27/2006 | ●59 | Opposition re 51 MOTION for New Trial *And/Or Remittitur* filed by Spiritual Trees, David V. Dunn. (Rapinchuk, Patricia) (Entered: 02/27/2006) |
| 03/02/2006 | ●60 | Objection to 57 Bill of Costs by Lamson & Goodnow Mfg CO, J. Ross Anderson, Jr. (Maynard, Kevin) (Entered: 03/02/2006) |
| 03/08/2006 | ● | NOTICE of Hearing on Motion 51 MOTION for New Trial *And/Or Remittitur*, 56 MOTION to Stay *of Execution*, 49 MOTION to Alter Judgment ISSUED. cc:cl. Motion Hearing set for 3/10/2006 at 2:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 03/08/2006) |
| 03/13/2006 | ● | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman: Motion Hearing held on 3/10/2006 with regard to outstanding post-trial motions. Attorneys appear and identified for the record. After argument, motions taken under advisement with order(s) to issue. By March 13, 2006, parties to jointly report whether (or not) they have reached agreement with regard to the issue of costs and/or whether adjustments to the judgment should be made with regard to certain non-commissioned items. (Court Reporter Digital Recording.) (Olin, Nathan) (Entered: 03/13/2006) |
| 03/14/2006 | ●61 | Letter/request (non-motion) from Kevin C. Maynard. (Maynard, Kevin) |

| | | (Entered: 03/14/2006) |
|---|---|---|
| 03/22/2006 | ☉ | Judge Kenneth P. Neiman : Electronic ORDER entered granting 57 Plaintiffs' Bill of Costs, Defendants having withdrawn their opposition (see Document No. 61); and finding moot 56 Defendants' Motion to Stay Execution of Judgment, the court having directed the clerk's office to amend the judgment (see Memorandum and Order to issue forthwith). (Neiman, Kenneth) (Entered: 03/22/2006) |
| 03/23/2006 | ☉62 | Judge Kenneth P. Neiman : MEMORANDUM ANDORDER entered GRANTING the Deft's Motion to Alter/Amend Judgment - 49. The Clerk shall forthwith do the following: (a) calculate interest at twelve percent per annum on the $30,330 assault and battery award from 5/14/2004 to the date of the amended judgment; and (b) - calculate interest at twelve percent per annum on contractual damages of $161,053.64 (a figure which reflects the parties' agreement to reduce those damages by $425) from January 24, 2006, to the date of the amended judgment. The interest as recalculated shall be added to the total award of $191,383.64; cc/cl. (Finn, Mary) Modified on 3/24/2006 (Healy, Bethaney). (Entered: 03/23/2006) |
| 03/23/2006 | ☉63 | Judge Kenneth P. Neiman : MEMORANDUM AND ORDER entered. The Court hereby DENIES the Defts' motion for a new trial - 51; cc/cl. (Finn, Mary) (Entered: 03/23/2006) |
| 03/24/2006 | ☉ | Notice of correction to docket made by Court staff. Correction: 62 Memorandum and Order was corrected. Counsel notified the court of a typographical error related to a date in Paragraph A of the Conclusion. The date originally read "5/14/00," when the proper date was "5/14/04." The court corrected the typographical error, substituted the corrected version on CM/ECF, and forwarded the corrected version to counsel via email. (Healy, Bethaney) (Entered: 03/24/2006) |
| 03/30/2006 | ☉64 | Magistrate Judge Kenneth P. Neiman. AMENDED JUDGMENT in favor of Plaintiff against Defendants ENTERED, cc:cl. See Judgment for details. (Healy, Bethaney) (Entered: 04/03/2006) |
| 04/13/2006 | ☉65 | WRIT of of Execution in the amount of $207,475.45 issued. Original to counsel. (Finn, Mary) (Entered: 04/13/2006) |
| 04/28/2006 | ☉66 | Defts' NOTICE OF APPEAL as to 64 Amended Judgment by Lamson & Goodnow Mfg CO, J. Ross Anderson, Jr. filed. Filing fee of $455.00 paid. Receipt number 306257. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/18/2006. (Finn, Mary) (Entered: 04/28/2006) |