# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name: Spiritual Trees, d/b/a Tree Spirit, Inc.; David V. Dunn v. Lamson and Goodnow Manufacturing Company; J. Ross Anderson, Jr.

District Court Case No. 04-30102          District of Massachusetts

Date Notice of Appeal filed 04/28/06      Court of Appeals Case No. 06-1730

Form filed on behalf of Appellants: Lamson and Goodnow Manufacturing Company; J. Ross Anderson, Jr.

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter: Philbin & Associates
Phone Number of Reporter: 413-733-4078

A. __X__ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☒ Trial | 01/24/06 – 02/01/06 |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☐ Other (specify) _____ | |

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

B. __X__ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☒ Private funds.
☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the <u>district court</u> judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name: Kevin C. Maynard            Filer's Signature: /s/
Firm/Address: Bulkley, Richardson and Gelinas, LLP
1500 Main St., Suite 2700, Springfield, MA 01115-5507
Telephone number: 413-272-6244       Date mailed to court reporter: 05/17/06

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (3/1/04)                        SEE INSTRUCTIONS ON REVERSE

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2006, I served a copy of the Docketing Statement, Appearance Form and Transcript Order form by first class U.S. mail to:

>Hon. Neil L. Lynch
>United States Courts for the First Circuit
>Office of the Settlement Counsel
>John Joseph Moakley U.S. Courthouse
>1 Courthouse Way – Suite 3440
>Boston, MA  02210

>Patricia M. Rapinchuk, Esq.
>Robinson Donovan
>1500 Main St.
>Suite 1600
>Springfield, MA  01115-5609

_____
Kevin C. Maynard, Attorney for Appellants