*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

USCA Docket Number: 04-30102-KPN

USDC Docket Number :

SPIRITUAL TREES, ET AL

v.

LAMSON & GOODNOW, MFG. CO., ET AL

**CLERK'S SUPPLEMENTAL CERTIFICATE**

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:  #68. -  TRANSCRIPT ORDER   FORM

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.  (Appeal filed on  4/28/2006)

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 18, 2006.

Sarah A. Thornton, Clerk of Court

By:     /s/ Mary Finn
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

ClerksCertificate-supplemental.frm - 3/06