04-30102
USDC-MASP
J. NEIMAN

# United States Court of Appeals
## For the First Circuit

No. 06-1730

SPIRITUAL TREES, d/b/a Tree Spirit, Inc.; DAVID V. DUNN

Plaintiffs - Appellees

v.

LAMSON & GOODNOW MANUFACTURING COMPANY; J. ROSS ANDERSON, JR.

Defendants - Appellants

**JUDGMENT**

Entered: July 20, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

**Mandate to issue forthwith.**

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 7/20/06

By the Court:
Richard Cushing Donovan, Clerk

By: LYNNE ALIX MORRISON
Lynne Alix Morrison, Appeals Attorney

[cc: Patricia M. Rapinchuk, Esq., Kevin C. Maynard, Esq., Vanessa L. Smith, Esq.]