UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO.: 04-30102-KPN

| | |
|---|---|
| SPIRITUAL TREES d/b/a TREE SPIRIT and DAVID V. DUNN<br>    Plaintiffs<br><br>vs.<br><br>LAMSON AND GOODNOW MANUFACTURING COMPANY and J. ROSS ANDERSON, JR.<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SATISFACTION OF JUDGMENT**

The Plaintiffs, Spiritual Trees d/b/a Tree Spirit and David V. Dunn, hereby state that the Judgment entered in this case, including any accrued interest, has been satisfied in full.

Dated: May 3, 2007

THE PLAINTIFFS
SPIRITUAL TREES d/b/a TREE SPIRIT
and DAVID V. DUNN

By   */s/ Patricia M. Rapinchuk*
Patricia M. Rapinchuk, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301 Fax (413) 785-4658
BBO No.: 556149
prapinchuk@robinson-donovan.com

474281

<u>CERTIFICATE OF SERVICE</u>

      I, Patricia M. Rapinchuk, Esq., hereby certify that on this 3rd day of May, 2007, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel, Kevin C. Maynard, Esq., Bulkley, Richardson and Gelinas, LLP, 1500 Main Street, Suite 2700, P.O. Box 15507, Springfield, MA 01115.

                                                      */s/ Patricia M. Rapinchuk*  
                                                      Patricia M. Rapinchuk, Esq.

474281